WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail

*Proposed Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                    :

**In re**                                                  :                      **Chapter 11 Case No.**

**AÉROPOSTALE, INC.,**                           :                      __-_____(  )

                      **Debtor.**                              :

**Fed. Tax Id. No. 31-1443880**                    :
------------------------------------------------------------x
                                                    :

**In re**                                                   :                      **Chapter 11 Case No.**

**AEROPOSTALE PROCUREMENT**      :                      __-_____(  )
**COMPANY, INC.,**

                      **Debtor.**                              :

**Fed. Tax Id. No. 27-2808518**                    :
------------------------------------------------------------x
                                                    :

**In re**                                                    :                      **Chapter 11 Case No.**

**AÉROPOSTALE WEST, INC.,**             :                      __-_____(  )

                      **Debtor.**                              :

**Fed. Tax Id. No. 01-0557013**                    :
------------------------------------------------------------x

```
-----------------------------------------------------------x
                                                           :
In re                                                      :     Chapter 11 Case No.
                                                           :
JIMMY'Z SURF CO., LCC,                                     :     __-_____(   )
                                                           :
              Debtor.                                      :
                                                           :
Fed. Tax Id. No. 20-2250461                                :
-----------------------------------------------------------x
                                                           :
In re                                                      :     Chapter 11 Case No.
                                                           :
AERO GC MANAGEMENT LLC,                                    :     __-_____(   )
                                                           :
              Debtor.                                      :
                                                           :
Fed. Tax Id. No. 26-1184257                                :
-----------------------------------------------------------x
                                                           :
In re                                                      :     Chapter 11 Case No.
                                                           :
AEROPOSTALE LICENSING, INC.,                               :     __-_____(   )
                                                           :
              Debtor.                                      :
                                                           :
Fed. Tax Id. No. 26-3618124                                :
-----------------------------------------------------------x
                                                           :
In re                                                      :     Chapter 11 Case No.
                                                           :
GOJANE LLC,                                                :     __-_____(   )
                                                           :
              Debtor.                                      :
                                                           :
Fed. Tax Id. No. 46-1464923                                :
-----------------------------------------------------------x
                                                           :
In re                                                      :     Chapter 11 Case No.
                                                           :
P.S. FROM AEROPOSTALE, INC.,                               :     __-_____(   )
                                                           :
              Debtor.                                      :
                                                           :
Fed. Tax Id. No. 26-3625900                                :
-----------------------------------------------------------x
```

```
-----------------------------------------------------------x
                                            :
In re                                       :    Chapter 11 Case No.
                                            :
AEROPOSTALE PUERTO RICO, INC.,              :    __-_____(  )
                                            :
            Debtor.                         :
                                            :
Fed. Tax Id. No. 26-3625900                 :
-----------------------------------------------------------x
                                            :
In re                                       :    Chapter 11 Case No.
                                            :
AEROPOSTALE CANADA CORP.,                   :    __-_____(  )
                                            :
            Debtor.                         :
                                            :
Fed. Tax Id. No. N/A                        :
-----------------------------------------------------------x
                                            :
In re                                       :    Chapter 11 Case No.
                                            :
AEROPOSTALE HOLDINGS, INC.,                 :    __-_____(  )
                                            :
            Debtor.                         :
                                            :
Fed. Tax Id. No. 46-2337729                 :
-----------------------------------------------------------x
```

**DEBTORS' CORPORATE OWNERSHIP STATEMENT PURSUANT
TO FED. R. BANKR. P. 1007(a)(1) AND 7007.1 AND LOCAL RULE 1007-3**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, and Rule 1007-3 of the Local Bankruptcy Rules for the Southern District of New York, Aéropostale, Inc. ("*Aéropostale*") and its subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11 cases, respectfully represent as follows:

1. The common stock of Aéropostale is publicly held. As of the date hereof, no person directly or indirectly owns 10% or more of the issued and outstanding common stock of Aéropostale.

3

2. Aero Investors LLC owns one hundred percent (100%) of the Series B Convertible Preferred Stock of Aéropostale.

3. Aéropostale owns one hundred percent (100%) of the equity interests of Aéropostale West, Inc.; Jimmy'Z Surf Co., LLC; Aero GC Management LLC; Aeropostale Licensing, Inc.; P.S. from Aeropostale, Inc.; and Aeropostale Holdings, Inc.

4. Aéropostale West, Inc. owns one hundred percent (100%) of the equity interests of Aeropostale Procurement Company, Inc.

5. Aéropostale owns one hundred percent (100%) of the equity interests of Aeropostale Puerto Rico, Inc.

6. Aéropostale owns one hundred percent (100%) of the equity interests of Aéropostale West, Inc.

7. Aeropostale Holdings, Inc. owns one hundred percent (100%) of the equity interests of Aeropostale Canada Corp.

Dated: May 4, 2016
New York, New York

        AÉROPOSTALE, INC.
        (for itself and on behalf of its affiliates
        as Debtors and Debtors in Possesion)

        */s/ Marc G. Schuback*
        NAME: Marc G. Schuback
        TITLE: Senior Vice President, General
                Counsel & Secretary

**Fill in this information to identify the case and this filing:**

Debtor Name  <u>Aéropostale, Inc., et. al.</u>

United States Bankruptcy Court for the Southern District of New York

Case number *(if known)*: _____

Official Form 202
**Declaration Under Penalty of Perjury for Non-Individual Debtors**                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership, or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule* ___
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration:  <u>Corporate Ownership Statement</u>

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   <u>05/04/2016</u>     **X**     <u>/s/ Marc G. Schuback</u>
                 MM/DD/YYYY                    Signature of individual on behalf of debtor

                                               <u>Marc G. Schuback</u>
                                               Printed name

                                               <u>Senior Vice President, General Counsel & Secretary</u>
                                               Position or relationship to debtor

WEIL:\95641350\6\11727.0012