# Corporate Organization Chart

