WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail

*Proposed Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------x
                                                        :
In re                                                   :        **Chapter 11**
                                                        :
**AÉROPOSTALE, INC.**, *et al.*,                        :        **Case No. 16-_____ (___)**
                                                        :
        **Debtors.**[1]                                 :        **Joint Administration Requested**
                                                        :
--------------------------------------------------------x

**MOTION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 105(a),**
**363, 364, 503, AND 507 FOR INTERIM AND FINAL**
**AUTHORITY TO (I) CONTINUE USING EXISTING CASH**
**MANAGEMENT SYSTEM, BANK ACCOUNTS, AND BUSINESS FORMS,**
**(II) IMPLEMENT CHANGES TO THE CASH MANAGEMENT SYSTEM IN**
**THE ORDINARY COURSE OF BUSINESS, (III) CONTINUE INTERCOMPANY**
**TRANSACTIONS, (IV) PROVIDE ADMINISTRATIVE EXPENSE PRIORITY FOR**
**POSTPETITION INTERCOMPANY CLAIMS AND FOR RELATED RELIEF**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

        Aéropostale, Inc. and its subsidiaries, as debtors and debtors in possession in the

above-captioned chapter 11 cases (collectively, the "***Debtors***"), respectfully represent as follows:

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows:  Aéropostale, Inc. (3880); Aéropostale West, Inc. (7013); Jimmy'Z Surf Co., LLC (0461); Aero GC Management LLC (4257); Aeropostale Procurement Company, Inc. (8518); Aeropostale Licensing, Inc. (8124); P.S. from Aeropostale, Inc. (5900); GoJane LLC (4923); Aeropostale Canada Corp. (N/A); Aeropostale Holdings, Inc. (7729); and Aeropostale Puerto Rico, Inc. (6477).  The Debtors' corporate headquarters is located at 112 West 34th Street, 22nd Floor, New York, NY 10120.

**Relief Requested**

1.       Pursuant to sections 105(a), 363, 364, 503, and 507 of title 11 of the United States Code (the "***Bankruptcy Code***"), the Debtors request interim and final authority to (i) continue their existing cash management system, including, without limitation, the continued maintenance of their existing bank accounts and business forms, (ii) implement changes to their cash management system in the ordinary course of business, including, without limitation, opening new or closing existing bank accounts, (iii) continue to perform under and honor intercompany transactions in the ordinary course of business, in their business judgment and at their sole discretion, and (iv) provide administrative expense priority for postpetition intercompany claims, and related relief.

2.       The Debtors further request that the Court authorize and direct the financial institutions at which the Debtors maintain various bank accounts to (i) continue to maintain, service, and administer the Debtors' bank accounts, and (ii) debit the bank accounts in the ordinary course of business on account of (a) wire transfers or checks drawn on the bank accounts, underlined provided that any payments drawn, issued, or made prior to the Commencement Date (as defined below) shall not be honored absent direction of the Debtors and a separate order of the Court authorizing such prepetition payment, or (b) undisputed service charges owed to the banks for maintenance of the Debtors' cash management system, if any.

3.       The Proposed Interim Order and the Proposed Final Order authorize and direct financial institutions to receive, process, honor, and pay all checks presented for payment and electronic payment requests relating to the foregoing to the extent the Debtors have sufficient funds standing to their credit with such bank, whether such checks were presented or electronic requests were submitted before or after the Commencement Date, and provide that all

2

such financial institutions are authorized to rely on the Debtors' designation of any particular check or electronic payment request as appropriate pursuant to this Motion without any duty of further inquiry and without liability for following the Debtors' instructions.

4.      A proposed form of order granting the relief requested herein on an interim basis is annexed hereto as **Exhibit A** (the "***Proposed Interim Order***") and, pending a final hearing on the relief requested herein, on a final basis is annexed hereto as **Exhibit B** (the "***Proposed Final Order***").

### Jurisdiction

5.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the *Amended Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.).  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

### Background

6.      On the date hereof (the "***Commencement Date***"), each of the Debtors commenced with this Court a voluntary case under chapter 11 of the Bankruptcy Code.  The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee, examiner, or statutory committee of creditors has been appointed in these chapter 11 cases.

7.      Contemporaneously herewith, the Debtors have filed a motion requesting joint administration of these chapter 11 cases pursuant to Bankruptcy Rule 1015(b).

8.      Information regarding the Debtors' business, capital structure, and the circumstances leading to the commencement of these chapter 11 cases is set forth in the *Declaration of David J. Dick Pursuant to Rule 1007-2 of the Local Bankruptcy Rules for the*

WEIL:\95641331\11\11727.0012

*Southern District of New York*, sworn to on the date hereof (the "***First Day Declaration***"), which

has been filed with the Court contemporaneously herewith.[2]

## The Debtors' Cash Management System, Bank Accounts, and Business Forms

9.     As described in the First Day Declaration, in the ordinary course of

business, the Debtors utilize an integrated, centralized cash management system to collect,

concentrate, and disburse funds generated by their operations (the "***Cash Management System***").

In broad terms, the Debtors' Cash Management System is similar to the cash management

systems used by other major corporate enterprises.  The Cash Management System is tailored to

meet the Debtors' operating needs as an operator of hundreds of retail stores.  The Cash

Management System enables the Debtors to efficiently collect and disburse cash generated by

their business, pay their financial obligations, centrally control and monitor corporate funds and

available cash, comply with the requirements of their financing agreements, reduce

administrative expenses, and efficiently obtain accurate account balances and other financial

data.  It is critical that the Cash Management System remain intact to ensure seamless

continuation of operations and uninterrupted collection of revenues.

10.     The Cash Management System is comprised of approximately 800 bank

accounts at various financial institutions (the "***Banks***")[3] to accommodate different business

divisions and to collect, organize, and track various forms of customer receipts and cash

disbursements (collectively, the "***Bank Accounts***").[4]  The majority of the Bank Accounts are in

the name of Aéropostale, Inc. ("***Aéropostale***").  Bank Accounts are also held in the names of

---

[2] Capitalized terms not otherwise herein defined shall have the meanings ascribed to such terms in the
First Day Declaration.

[3] The Debtors' Banks include: Bank of America, N.A. ("***Bank of America***"), Wells Fargo Bank, N.A.
("***Wells Fargo***"), and Banco Popular.

[4] A list and description of each of the Debtors' Bank Accounts is attached hereto as **Exhibit "C."**

4

Aéropostale Procurement Company Inc., Aéropostale West, Inc., Aeropostale Puerto Rico, Inc., Aero GC Management LLC, and GoJane LLC.

11.    The Cash Management System is overseen by the personnel in the Debtors' finance and treasury departments (the "**Finance Department**").   Although some of the Cash Management System is automated, Finance Department personnel monitor the Bank Accounts and manage the proper collection and disbursement of funds.

12.    The Debtors maintain robust controls relating to the Cash Management System.   Members of the Finance Department, including the Chief Financial Officer, receive a daily report on overall cash and loan balances.   The Chief Executive Officer reviews this information on a monthly basis with a standard reporting package and receives daily flash reports on overall cash balance.   Various levels of required authorizations are determined by the size and type of the disbursement, and the Debtors' accounting department prepares bank reconciliations that are reviewed internally.   Several times a week, the Finance Department prepares and sends to Bank of America, the Debtors' primary Bank, a file listing all authorized check disbursements to be processed and honored.   The Finance Department also sends wire and Automated Clearing House payment ("**ACH Payment**") notifications to Bank of America on a daily basis.   These procedures ensure that Bank of America only processes and honors payments that the Debtors expressly have authorized.   In the rare event the Debtors' reports and Bank Account records do not match, the Finance Department works with Bank of America to resolve such discrepancies quickly and efficiently.

13.    Maintaining the Cash Management System in its current state is crucial to the Debtors' continued operations, given the significant volume of cash transactions processed through the Cash Management System each day.   Any disruption to the Cash Management

5

System unnecessarily and significantly would hinder the Debtors' complex day-to-day operations and impede the successful administration of their chapter 11 estates.

14.     In furtherance of the foregoing, the Debtors request that all of the Banks be authorized and directed to continue to administer the Bank Accounts as they were maintained and administered prepetition, without interruption and in the usual and ordinary course, and to honor all representations from the Debtors as to which checks should be honored or dishonored. The Banks also should be authorized and directed to pay all checks, drafts, wires, and ACH Payments drawn from the Bank Accounts for payment of any claims authorized by the Debtors arising on or after the Commencement Date so long as those accounts contain sufficient funds. To the extent that the Debtors have directed that any prepetition checks be dishonored, they reserve the right to issue replacement checks to pay the amounts related to any dishonored checks, consistent with orders of this Court.

15.     Approximately 520 of the Debtors' Bank Accounts are located at Banks designated as authorized depositories by the Office of the United States Trustee for Region 2 (the "*U.S. Trustee*"), pursuant to the U.S. Trustee's Operating Guidelines and Reporting Requirements for Debtors in Possession and Trustees (the "*UST Guidelines*") with the remaining approximately 280 of the Debtors' Bank Accounts located at Banks that are not designated as authorized depositories by the U.S. Trustee.  As is described in further detail below, the Debtors maintain a system of Store Accounts (as defined herein) at various banks across the country. These Store Accounts are typically maintained at banks in close proximity to the Debtors' retail locations, so that the store manager or an armored car service can deliver cash receipts on a regular basis, several times per week, if not daily.  Each of the Store Accounts is maintained at FDIC-insured institutions and is swept via ACH on a lag of two to three days.  An aggregate average of $4.5 million passes through these Store Accounts on a daily basis, including credit

6

card receipts.  The amount in any one account at any time is below the level guaranteed by the Federal Deposit Insurance Corporation.  The Debtors also maintain Concentration Accounts (as defined herein) at Banks that are not designated as authorized depositories.  Similar to the Store Accounts, these Concentration Accounts are maintained at FDIC-insured institutions, are swept regularly by ACH or other automated transfer and never have a balance above the level guaranteed by the Federal Deposit Insurance Corporation.  The Debtors seek authority to maintain all of their Store Accounts and Concentration Accounts, including the Store Accounts and Concentration Accounts located outside of authorized depository banks.  Requiring the Debtors to close all of the Store Accounts and Concentration Accounts and open new accounts would unduly disrupt the Debtors' operations at this critical juncture.  Further, the Debtors plan to close a number of their stores as part of their efforts to reduce their overall footprint, which will decrease the number of Store Accounts and Concentration Accounts that are not included on the U.S. Trustee's approved list.

16.    As explained in further detail below, as part of the Debtors' Cash Management System, cash and receipts from the Debtors' retail stores are deposited into various deposit accounts, which are designated by store.  The cash is then concentrated from the various store accounts into concentration accounts, which are subsequently swept into depository accounts based on the geographic region in which the store is located.  Funds from the depository accounts are swept into a main concentration account, and then into the Debtors' main disbursement account (the "*Main Disbursement Account*").  From the Main Disbursement Account, the Debtors send cash into five separate disbursement accounts which fund purchasing, payroll, and other obligations.  For some disbursement accounts, funds are automatically drawn from the Master Disbursement Account when a draw is made.  For others, the Debtors manually transfer money from the account before the authorized draw.  An average of $10 million to $10.5

7

million flows through the Cash Management System per banking day in receipts and disbursements. A general overview of the flow of funds through the Debtors' Cash Management System is illustrated by a diagram attached hereto as **Exhibit "D"**.

## A.    Cash Collection

17.    As set forth in the First Day Declaration, as part of their daily operations, the Debtors collect cash, checks, and credit card payments. Revenue generated at the Debtors' stores is deposited into one of the Debtors' deposit accounts designated by store (the "***Store Accounts***"). These Store Accounts are swept by ACH transfer.[5] Receipts from gift card sales by third party vendors are deposited into a separate account (the "***Gift Card Account***") maintained by Aero GC Management LLC. Receipts from GoJane website sales are deposited in a designated account (the "***GoJane Account***") maintained by GoJane LLC. Receipts from the Debtors' licensing operations are deposited in a licensing account (the "***Licensing Account***") maintained by Aeropostale Licensing, Inc. Receipts from the Debtors' retail stores in Puerto Rico are deposited in a separate account, which is a zero balance account ("***ZBA***"), maintained at Banco Popular (the "***Puerto Rico Store Accounts***").

18.    The Debtors maintain a separate system of bank accounts for Aeropostale Canada Corp. ("***Aero Canada***"). The Canadian accounts, which are held in the name of Aero Canada, are maintained at the Royal Bank of Canada ("***RBC***"). The Debtors' main RBC account consolidates and disburses funds into the Canadian cash management system. The Debtors are limited by the terms of term loan agreement from transferring money directly to Aero Canada. Accordingly, Aero Canada funds payroll and certain accounts payable items from its bank

---

[5] The Finance Department arranged for ACH Transfers to transfer funds from the Store Accounts to the Concentration Accounts on a daily basis. The ACH Transfers operate on a two-day lag and are prepared based upon store sales data and the estimated balances in the Store Accounts.

8

accounts at RBC. On the rare occasion of a surplus in the Debtors' accounts at RBC, cash is manually transferred to the Main Disbursement Account (as defined below).

**B.    Cash Concentration**

19.    Each day, funds in certain of the Store Accounts are transferred—through wire payments, ACH Payments, or ZBAs—into concentration accounts (the "***Concentration Accounts***") maintained at the same bank as the Store Accounts.[6] The funds are then transferred from the Concentration Accounts—through wire payments or ACH Payments—into depository accounts (the "***Depository Accounts***"), maintained at Bank of America. The Depository Accounts are divided geographically, with one Depository Account designated for Concentration Accounts and Store Accounts in the Eastern United States and one Depository Account designated for Concentration Accounts and Store Accounts in the Western United States.

20.    Funds from the Puerto Rico Store Accounts are transferred into a separate concentration account (the "***Puerto Rico Concentration Account***") also maintained at Banco Popular. A separate Concentration Account collects funds from the Gift Card Account, the GoJane Account, the Licensing Account, and the Puerto Rico Concentration Account (the "***Miscellaneous Concentration Account***"). The Miscellaneous Concentration Account is maintained at Wells Fargo.

21.    At the end of each business day, the funds in the Miscellaneous Concentration Account and the Depository Accounts are automatically swept into a main concentration account (the "***Bank of America Concentration Account***"). The Bank of America Concentration Account is a ZBA, and funds are swept each evening from the Bank of America

---

[6] The Concentration Accounts are located at Wells Fargo, Bank of America and other banks at which the Debtors maintain numerous Store Accounts. Store Accounts at Banks with only small number of Store Accounts are swept directly into the Bank of America Concentration Account.

WEIL:\95641331\11\11727.0012

Concentration Account to the ultimate collection point for all funds moving through the Cash Management System (the "*Main Operating Account*"), also maintained at Bank of America. The Debtors satisfy their daily financial obligations using the funds in the Main Operating Account.  On average, approximately $4.5 million in receipts are swept into the Main Operating Account each day.

22.     Pursuant to the terms of that certain Secured Superpriority Debtor in Possession Loan, Security and Guaranty Agreement between Aéropostale, Inc., Crystal Financial LLC, as Agent, and the lenders referenced therein (the "*DIP Lenders*") dated as of May 4, 2016 (the "*DIP Credit Agreement*"), amounts held in the Bank of America Concentration Account will be swept daily into a cash collateral account (the "*Cash Collateral Account*") established by the DIP Lenders at Citibank, N.A.  The Debtors are also required to transfer excess amounts in any of the Debtors' Concentration Accounts via ACH or wire transfer to the Cash Collateral Account on a daily basis.   Advances under the Debtor's $160,000,000 postpetition financing facility (the "*DIP Facility*") or the Cash Collateral Account will be funded into the Main Operating Account.  Amounts held in the Main Operating Account in excess of $20 million for the first ten days of each month and in excess of $7 million for the remainder of the month will also be swept into the Cash Collateral Account on a daily basis.

C.     **Cash Disbursements**

23.     The Debtors use the funds in the Main Operating Account to fund their ongoing operations through five disbursement accounts (the "*Disbursement Accounts*").  Funds are automatically transferred from the Main Operating Account to fulfill draws made on the Disbursement Accounts.  The Debtors maintain a Disbursement Account to fund the Debtors'

U.S. payroll obligations.[7]  Payroll for the Debtors' Puerto Rican operations is funded from the Puerto Rican Concentration Account and payroll for the Debtors' Canadian operations is funded from the Debtors' RBC accounts.  The Debtors also maintain a Disbursement Account for Aeropostale Procurement, Inc., which account is used to pay for all of the merchandise purchasing done by the Debtors for the U.S. and Puerto Rican stores.  Finally, the Debtors maintain a Disbursement Account for Aéropostale, which funds all other disbursements and pays for merchandise purchasing for the Debtors' e-commerce website.  The Debtors also maintain two additional Disbursement Accounts related to its Canadian stores.  To the extent the Debtors make a draw on their revolving line of credit from Bank of America, those funds are transferred to the Main Operating Account.  Funds from the Bank of America Concentration Account are used to make any repayments of the revolving credit facility.[8]

24.    The Debtors also maintain an investment account at Bank of America (the "***Investment Account***").  The Investment Account is a money-market investment account, through which the Debtors make a small number of overnight investments.  In 2016, the average amount in the Investment Account was $26,000; this amount will not materially change given the restrictions on excess cash balances in the Debtors' loan documents.  The Debtors will take steps to close this account prior to the hearing for the entry of the Proposed Final Order.

---

[7] Certain of the States in which the Debtors operate require the Debtors to pay employees on a weekly basis.  All other employees are paid on a bi-weekly basis.  A more detailed description of the Debtors' payroll system is contained in the *Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363 and 507(a) for Interim and Final Authority to (i) Pay Certain Prepetition Wages and Reimbursable Employee Expenses, (ii) Pay and Honor Employee Medical and Other Benefits, and (iii) Continue Employee Benefits Programs, and for Related Relief.*

[8] The Debtors have two legacy accounts associated with the Term Loan Agreement.  There are currently no funds in either of the accounts and the Debtors do not utilize the accounts.  The Debtors are unable to close these accounts due to restrictions contained in the Term Loan Agreement.

WEIL:\95641331\11\11727.0012

**D.      Intercompany Transactions and Claims**

25.      In the ordinary course, the Debtors maintain business relationships among each other, which result in intercompany receivables and payables (the "**Intercompany Claims**").[9]  The Intercompany Claims by and large are driven by cash, given the centralized nature of the Debtors' Cash Management System.  The primary intercompany transactions (the "**Intercompany Transactions**") giving rise to Intercompany Claims among the Debtors are:

i)      <u>Cash Receipts Activities</u>.  The Main Operating Account is owned by Aéropostale.  To the extent the revenue in the Main Operating Account is cash from another Debtor entity, an Intercompany Transaction is recorded by Aéropostale with the particular Debtor that transferred the funds to the Main Operating Account.

ii)      <u>Disbursement Activities</u>.  Any disbursement made from the Main Operating Account on behalf of another Debtor gives rise to an intercompany receivable owed to Aéropostale by the other Debtor.

iii)      <u>Inventory</u>.  Aeropostale Procurement, Inc. ("***Aero Procurement***") acts as a centralized "inventory agent" to fulfill the majority of the Debtors' inventory needs.  Generally, Aero Procurement orders, purchases, and receives merchandise for the Debtors' retail stores in the United States and Puerto Rico.  The Debtors transfer funds from the Main Disbursement Account to Aero Procurement's Disbursement Account to fund these purchases.  Separately, inventory for the Debtors' e-commerce operations is ordered and received by Aero Procurement, but is paid for by Aéropostale.  Finally, Aeropostale Canada Corp. orders and receives merchandise for the Debtors' Canadian retail stores, but Aéropostale pays for the inventory.  These Intercompany Transactions are recorded as intercompany receivables due to Aero Procurement or Aéropostale as applicable, and as an intercompany payable due from the applicable Debtor affiliates.

iv)      <u>Expense Allocations</u>.  In the ordinary course of business, the Debtors incur centrally-billed expenses, including insurance premiums, workers'

---

[9]  Because the Debtors engage in Intercompany Transactions on a regular basis and such transactions are common among enterprises similar to the Debtors, the Debtors believe the Intercompany Transactions are ordinary course transactions within the meaning of section 363(c)(1) of the Bankruptcy Code and, thus, do not require the Court's approval.  Nonetheless, out of an abundance of caution, the Debtors are seeking express authority to engage in such transactions on a postpetition basis.  The continued performance of the ordinary course Intercompany Transactions is integral to ensuring the Debtors' ability to operate their business as debtors in possession.

WEIL:\95641331\11\11727.0012

compensation obligations, payroll and benefit costs, general corporate services, and information technology costs. Aéropostale pays these expenses, thereby creating Intercompany Claims that are reflected on the relevant Debtors' balance sheets.

26.     Intercompany Claims are not settled by actual transfers of cash among the Debtors. The Debtors track all Intercompany Transactions electronically in their accounting system, which concurrently are recorded on the applicable Debtor's balance sheets and regularly reconciled. The accounting system requires that all general-ledger entries be balanced at the legal-entity level, and, therefore, when the accounting system enters an intercompany receivable on one entity's balance sheet, it also automatically creates a corresponding intercompany payable on the applicable affiliate's balance sheet. For example, if Aéropostale, Inc. makes a disbursement to pay a vendor on behalf of Aero Procurement, the Debtors' accounting system automatically enters an intercompany receivable on Aéropostale, Inc.'s balance sheet and an intercompany payable on Aero Procurement's balance sheet. This results in a net balance of zero when accumulating all intercompany accounts.

27.     The Debtors maintain records of all transactions processed through their Cash Management System. During these chapter 11 cases, the Debtors will keep records of any postpetition Intercompany Transactions and implement accounting procedures to identify and distinguish between prepetition and postpetition Intercompany Transactions.

**E.     The Debtors' Existing Business Forms and Checks**

28.     In the ordinary course of business, the Debtors use several types of checks. Additionally, the Debtors use a variety of correspondence and business forms, including, but not limited to, letterhead, purchase orders, and invoices (collectively, the "***Business Forms***").

29.     To minimize expenses, the Debtors seek authorization to continue using all checks substantially in the forms used immediately prior to the Commencement Date, without

13

reference to the Debtors' status as debtors in possession; <u>provided</u> that in the event that the Debtors generate new checks during the pendency of these cases other than from their existing stock of checks, such checks will include a legend referring to the Debtors as "Debtors-In-Possession."  The Debtors also will laser print such legend on any checks electronically generated during these cases.  Additionally, the Debtors seek authority to use all other Business Forms without reference to the Debtors' status as debtors in possession.[10]

30.     The Debtors have prepared communication materials to distribute to the various parties with whom they conduct business, which will, among other things, notify such parties of the commencement of these chapter 11 cases.  The Debtors believe that these direct communications will provide adequate notice of the Debtors' status as debtors in possession.

<u>**Basis for Relief Requested**</u>

**A.     Continuing the Cash Management System Is in the Best Interests of the Debtors, Their Creditors, and All Other Parties in Interest**

31.     The Cash Management System constitutes an ordinary course and essential business practice of the Debtors.  The Cash Management System provides significant benefits to the Debtors including, among other things, the ability to (i) control corporate funds, (ii) ensure the maximum availability of funds when and where necessary, and (iii) reduce costs and administrative expenses by facilitating the movement of funds and the development of more timely and accurate account information.

32.     The operation of the Debtors' businesses requires that the Cash Management System continue during the pendency of the Chapter 11 Cases.  As a practical

---

[10] Although the UST Guidelines require the Debtors to obtain and use new checks bearing the "Debtor-In-Possession" designation, the Debtors do not believe that they impose any limitation on the Debtors' other correspondence and Business Forms.  Nevertheless, out of an abundance of caution, the Debtors seek explicit authority to continue using their existing correspondence and Business Forms without reference to the Debtors' status as debtors in possession.

WEIL:\95641331\11\11727.0012

matter, because of the Debtors' corporate and financial structure, it would be extremely difficult and expensive to establish and maintain a separate cash management system for each Debtor. Requiring the Debtors to adopt new, segmented cash management systems at this early and critical stage of these cases would be extraordinarily disruptive and harmful to their operations. Any such disruption would have a severe and adverse impact upon the Debtors' chapter 11 estates. Consequently, maintaining the existing Cash Management System is in the best interest of all parties in interest.

33.     Section 363(c)(1) of the Bankruptcy Code authorizes the debtor in possession to "use property of the estate in the ordinary course of business without notice or a hearing." The purpose of section 363(c)(1) is to provide a debtor in possession with the flexibility to engage in the ordinary transactions required to operate its business without unneeded oversight by its creditors or the court. *Med. Malpractice Ins. Ass'n v. Hirsch* (*In re Lavigne*), 114 F.3d 379, 384 (2d Cir. 1997); *Chaney v. Official Comm. of Unsecured Creditors of Crystal Apparel, Inc.* (*In re Crystal Apparel, Inc.*), 207 B.R. 406, 409 (S.D.N.Y. 1997). Included within the purview of section 363(c) is a debtor's ability to continue the "routine transactions" necessitated by a debtor's cash management system. *Amdura Nat'l Distrib. Co. v. Amdura Corp.* (*In re Amdura Corp.*), 75 F.3d 1447, 1453 (10th Cir. 1996). Accordingly, the Debtors seek authority under section 363(c)(1) to continue the collection, concentration, and disbursement of cash pursuant to their Cash Management System.

34.     Even if continuation of the Cash Management System and other relief requested herein is outside of the ordinary course, the Court may grant the relief pursuant to sections 105(a) and 363(b) of the Bankruptcy Code. Section 363(b)(1) of the Bankruptcy Code provides, in relevant part, that, "[t]he [debtor], after notice and a hearing, may use, sell, or lease, other than in the ordinary course of business, property of the estate." 11 U.S.C. §363(b)(1). This

15

provision grants a court broad flexibility to authorize a debtor to pay prepetition claims where a sound business purposes exists. *See In re Ionosphere Clubs, Inc.*, 98 B.R. 174, 175 (Bankr. S.D.N.Y. 1989).

35.    Further, section 105(a) provides, in relevant part, that, "[t]he court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title." 11 U.S.C. §105(a).  This provision codifies the inherent equitable powers of the bankruptcy court, including the power to authorize payment of prepetition claims under what is known as the "doctrine of necessity" when such payment is critical to a debtor's reorganization or necessary for the preservation of the value of the debtor's estate.  *See, e.g., In re C.A.F. Bindery, Inc.*, 199 B.R. 828, 835 (Bankr. S.D.N.Y. 1996); *In re Fin. News Network Inc.*, 134 B.R. 732, 735–36 (Bankr. S.D.N.Y. 1991) ("The "doctrine of necessity" stands for the principle that a bankruptcy court may allow pre-plan payments of prepetition obligations where such payments are critical to the debtor's reorganization"); *see also In re CoServ, L.L.C.*, 273 B.R. 487, 497 (Bankr. N.D. Tex. 2002) ("[I]t is only logical that the bankruptcy court be able to use [s]ection 105(a) of the Bankruptcy Code to authorize satisfaction of the prepetition claim in aid of preservation or enhancement of the estate.").

36.    The payment of prepetition claims under the doctrine of necessity is consistent with the "two recognized policies" of chapter 11 of the Bankruptcy Code:  preserving going concern value and maximizing property available to satisfy creditors.  *See Bank of Am. Nat'l Trust & Sav. Assoc. v. 203 N. LaSalle St. P'Ship*, 526 U.S. 434, 453 (1999).  It is consistent with Bankruptcy Rule 6003, which implies that the payment of prepetition obligations may be permissible within the first twenty-one (21) days of a case where doing so is "necessary to avoid immediate and irreparable harm."

WEIL:\95641331\11\11727.0012

37.    The relief requested by this Motion represents a sound exercise of the Debtors' business judgment, is necessary to avoid immediate and irreparable harm to the Debtors' estates, and is justified under sections 105(a) and 363(b) of the Bankruptcy Code. Continuing the Debtors' Cash Management System without interruption is vital to the Debtors' business operations and the success of these chapter 11 cases. Therefore, it is within the Court's equitable powers under section 105(a) to approve the continued use of the Cash Management System.

38.    Indeed, courts in this and other districts specifically have authorized debtors to maintain and continue using their existing cash management systems and prepetition bank accounts. *See In re Chassix Holdings, Inc.*, Case No. 15-10578 (Bankr. S.D.N.Y. Apr. 13, 2015); *In re MPM Silicones, LLC*, Case No. 14-22503 (Bankr. S.D.N.Y. May 16, 2014); *In re dELiA*s, INC.*, Case No. 14-23678 (Bankr. S.D.N.Y. Dec. 24, 2014); *In re Inversiones Alsacia S.A.*, Case No. 14-12896 (Bankr. S.D.N.Y. Dec. 4, 2014); *In re SIGA Techs., Inc.*, Case No. 14-12623 (Bankr. S.D.N.Y. Oct. 23, 2014).

**B.    Granting Administrative Expense Priority to Postpetition Intercompany Claims Is Necessary and Appropriate**

39.    The Debtors' funds are aggregated in the Cash Management System. The Debtors track all fund transfers in their accounting system and have the ability to account for all Intercompany Transactions regarding cash receipts, disbursements, and the centralized distribution of goods for sale. Continuation of the Intercompany Transactions in the Cash Management System is in the best interests of the Debtors, their estates, and all parties in interest. To ensure each individual Debtor will not fund, at the expense of its creditors, the operations of another entity, the Debtors request that, pursuant to sections 503(b)(1) and 364(b)

17

of the Bankruptcy Code, all Intercompany Claims arising after the Commencement Date be accorded administrative expense priority.

**C.      Honoring Certain Prepetition Obligations Related to the Cash Management System Should Be Approved**

40.    The Debtors incur periodic service charges and other fees from the Banks and credit card processors in connection with the maintenance of the Cash Management System (collectively, the "**_Service Charges_**"), which average approximately $1.1 million per month. Similarly, the Debtors' credit card processors deduct Service Charges before transferring the Debtors credit card and debit card receivables.  Such fees generally are between 1.9 and 3.5 percent for credit cards and 0.1 to 1.5 percent for debit cards.  Payment of any prepetition Service Charges is in the best interests of the Debtors and all parties in interest in these chapter 11 cases, as it will prevent unnecessary disruptions to the Cash Management System and ensure that the Debtors' receipt of funds are not delayed.  Further, because the Banks and credit and debit card processors likely have setoff rights for the Service Charges, payment of prepetition Service Charges should not alter the rights of unsecured creditors in these chapter 11 cases.

**D.      Maintenance of the Debtors' Existing Bank Accounts and Business Forms Is Warranted**

41.    The Debtors request that the Court waive the requirements of the UST Guidelines, which require, among other things, the closure of the Debtors' prepetition Bank Accounts, the opening of new bank accounts, and the immediate printing of new business forms, including new checks referencing the Debtors as "Debtors-In-Possession."  The Debtors seek an order authorizing and directing the Banks, including, but not limited to those listed on **Exhibit "C"**, to continue to treat, service, and administer the Bank Accounts as accounts of the Debtors as debtors in possession without interruption and in the usual and ordinary course, and to receive, process, honor, and pay all checks, drafts, wires, or ACH Payments drawn on the Bank

18

Accounts after the Commencement Date by the holders or makers thereof, as the case may be; provided that any payments issued or made prior to the Commencement Date will not be honored absent direction of the Debtors and an order of the Court.

42.    The Debtors believe that their chapter 11 cases will be more orderly if they are permitted to maintain all Bank Accounts with the same account numbers during these chapter 11 cases.  By preserving business continuity and avoiding the disruption and delay to the Debtors' disbursement obligations, all parties in interest, including employees, vendors, and customers, will be best served by the relief requested.  In addition, to the extent necessary, the Debtors request authorization to open new bank accounts at their existing Banks or other authorized depositories designated by the U.S. Trustee.

43.    To minimize expenses, the Debtors further request they be authorized to continue to use their Business Forms, substantially in the forms existing immediately before the Commencement Date, without reference to their status as debtors in possession.  The Debtors request authority to utilize their existing checks and electronically generated forms, rather than obtain new checks and implement new electronic forms reflecting their status as debtors in possession.  To the extent the Debtors use all their existing stock of checks, any new checks ordered will reflect their status as debtors in possession.  The Debtors will work with their systems personnel and outside consultants to determine what computer system changes are required to reflect their status as debtors in possession on electronically generated checks and will implement such changes as soon as reasonably practicable.

44.    By virtue of the nature and scope of the Debtors' business operations and the large number of suppliers of goods and services with which the Debtors transact, it is important that the Debtors be permitted to continue to use their existing Business Forms without alteration or change, except as requested herein.

19

**Reservation of Rights**

45.    Nothing contained herein is intended to be or shall be construed as (i) an admission as to the validity of any claim against the Debtors, (ii) a waiver of the Debtors' or any appropriate party in interest's rights to dispute any claim, or (iii) an approval or assumption of any agreement, contract, program, policy, or lease under section 365 of the Bankruptcy Code. Likewise, if the Court grants the relief sought herein, any payment made pursuant to the Court's order is not intended to be and should not be construed as an admission to the validity of any claim or a waiver of the Debtors' rights to dispute such claim subsequently.

**Bankruptcy Rule 6003 Has Been Satisfied**

46.    Bankruptcy Rule 6003(b) provides that, to the extent relief is necessary to avoid immediate and irreparable harm, a bankruptcy court may issue an order granting "a motion to use, sell, lease, or otherwise incur an obligation regarding property of the estate, including a motion to pay all or part of a claim that arose before the filing of the petition" before twenty-one (21) days after filing of the petition. Fed. R. Bankr. P. 6003(b). The Cash Management System is critical to the Debtors' ongoing operations. Modifications of and disruptions to the Cash Management System likely would cause large-scale payment delays and impede the Debtors' ability to efficiently track the flow of funds. Late payments could frustrate the Debtors' relationships with vendors and cause other severe and irreparable disruptions to the Debtors' business. Additionally, changes to the Cash Management System could impair the Debtors' ability to obtain important financial information in a timely manner. Ultimately, these outcomes would cause a diminution in the value of the Debtors' estates, which would have a negative impact on all parties in interest. Accordingly, the Debtors have satisfied the requirements of Bankruptcy Rule 6003.

WEIL:\95641331\11\11727.0012

## Request for Bankruptcy Rule 6004 Waivers

47.     To implement the foregoing successfully, the Debtors request a waiver of the notice requirements under Bankruptcy Rule 6004(a) and the fourteen-day stay imposed by Bankruptcy Rule 6004(h), to the extent such stay applies.

## Notice

48.     Notice of this Motion has been provided to (i) the Office of the United States Trustee for Region 2; (ii) the holders of the forty (40) largest unsecured claims against the Debtors (on a consolidated basis); (iii) the holders of the five (5) largest secured claims against the Debtors (on a consolidated basis); (iv) the attorneys for Aero Investors LLC, as agent under the Loan and Security Agreement, dated May 23, 2014; (v) the attorneys for Bank of America, N.A., as agent under the Third Amended and Restated Loan and Security Agreement, as amended on August 18, 2015; (vi) the Securities and Exchange Commission; (vii) the Internal Revenue Service; (viii) the United States Attorney's Office for the Southern District of New York; (ix) the attorneys for the DIP Agent; and (x) each of the Banks at which the Debtors maintain the Bank Accounts identified on **Exhibit "C"**.  The Debtors submit that, in view of the facts and circumstances, such notice is sufficient and no other or further notice need be provided.

49.     No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WEIL:\95641331\11\11727.0012

50.     WHEREFORE the Debtors respectfully request entry of the Proposed
Interim Order and the Proposed Final Order granting the relief requested herein and such other
and further relief as the Court may deem just and appropriate.

Dated: May 4, 2016
New York, New York

/s/ Garrett A. Fail
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail

*Proposed Attorneys for Debtors
and Debtors in Possession*

WEIL:\95641331\11\11727.0012

**<u>Exhibit A</u>**

**Proposed Interim Order**

WEIL:\95641331\11\11727.0012

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------x
                                    :
In re                               :        Chapter 11
                                    :
AÉROPOSTALE, INC., et al.,          :        Case No. 16-_____ (___)
                                    :
          Debtors.[1]               :        Jointly Administered
                                    :
-----------------------------------------------------------x
```

### INTERIM ORDER PURSUANT 11 U.S.C. §§ 105(a), 363, 364, 503, AND 507 AUTHORIZING DEBTORS TO (I) CONTINUE USING EXISTING CASH MANAGEMENT SYSTEM, BANK ACCOUNTS, AND BUSINESS FORMS, (II) IMPLEMENT CHANGES TO THE CASH MANAGEMENT SYSTEM IN THE ORDINARY COURSE OF BUSINESS, (III) CONTINUE INTERCOMPANY TRANSACTIONS, (IV) PROVIDE ADMINISTRATIVE EXPENSE PRIORITY FOR POSTPETITION INTERCOMPANY CLAIMS, AND FOR RELATED RELIEF

Upon the motion [ECF No. __] (the "*Motion*")[2] of Aéropostale, Inc. and its subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "*Debtors*"), pursuant to sections 105(a), 363, 364, 503, and 507 of the Bankruptcy Code, for an order authorizing the Debtors to (i) continue their existing cash management system, bank accounts, and business forms, (ii) implement changes to their cash management system in the ordinary course of business, including, without limitation, opening or closing existing bank accounts, (iii) continue to perform under and honor intercompany transactions, in their business judgement and at their sole discretion, and (iv) provide

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: Aéropostale, Inc. (3880); Aéropostale West, Inc. (7013); Jimmy'Z Surf Co., LLC (0461); Aero GC Management LLC (4257); Aeropostale Procurement Company, Inc. (8518); Aeropostale Licensing, Inc. (8124); P.S. from Aeropostale, Inc. (5900); GoJane LLC (4923); Aeropostale Canada Corp. (N/A); Aeropostale Holdings, Inc. (7729); and Aeropostale Puerto Rico, Inc. (6477). The Debtors' corporate headquarters is located at 112 West 34th Street, 22nd Floor, New York, NY 10120.

[2] Capitalized terms not otherwise herein defined shall have the meanings ascribed to such terms in the Motion.

administrative expense priority for postpetition intercompany claims, and for related relief, all as more fully set forth in the Motion; and the Court having jurisdiction to decide the Motion and the relief requested therein in accordance with 28. U.S.C. §§ 157(a)-(b) and 1334(b) and the *Amended Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion having been given as provided in the Motion, and such notice having been adequate and appropriate under the circumstances; and it appearing that no other or further notice of the Motion need be provided; and the Court having held a hearing to consider the interim relief requested in the Motion (the "**Hearing**"); and upon the *Declaration of David J. Dick Pursuant to Rule 1007-2 of the Local Bankruptcy Rules for the Southern District of New York*, filed contemporaneously with the Motion, the record of the Hearing and all of the proceedings had before the Court; and the Court having found and determined that the relief sought in the Motion and granted herein is necessary to avoid immediate and irreparable harm to the Debtors and their estates as contemplated by Bankruptcy Rule 6003, and is in the best interests of the Debtors, their respective estates and creditors, and all parties in interest, and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1.      The Motion is granted on an interim basis.

2.      The Debtors are authorized, but not directed, pursuant to sections 105(a), 363, 364, 503, and 507 of the Bankruptcy Code to continue using their integrated cash management system described in the Motion (the "**Cash Management System**") and to collect,

2

concentrate, and disburse cash in accordance with the Cash Management System, including intercompany funding among Debtor affiliates; <u>provided</u> that the Debtors are authorized, but not directed, to pay only amounts due and payable as of the Commencement Date and amounts that are or become due and payable between the Commencement Date and the date that a final order on the Motion is entered, unless otherwise ordered by this Court.

3.      The Debtors are further authorized, but not directed, to implement changes to the Cash Management System in the ordinary course of business, including, without limitation, the opening of any new bank accounts and the closing of any existing bank accounts (the "***Bank Accounts***") as they may deem necessary and appropriate in their sole discretion, so long as (i) any such new account is with a bank that is (a) insured with the Federal Deposit Insurance Corporation or the Federal Savings and Loan Insurance Corporation and (b) designated as an authorized depository by the U.S. Trustee pursuant to the U.S. Trustee's Operating Guidelines and Reporting Requirements for Debtors in Possession and Trustees, and (ii) the Debtors provide notice to the U.S. Trustee of the opening of such account.

4.      The relief, rights, and responsibilities provided for in this Interim Order shall be deemed to apply to any and all Bank Accounts maintained in the Debtors' names, including, without limitation, any new bank accounts, whether or not such Bank Accounts are identified on **Exhibit "C"** to the Motion, and any Banks at which new accounts are opened shall be subject to the rights and obligations set forth in this Interim Order.

5.      The Debtors are further authorized to (i) continue to use, with the same account numbers, all of the Bank Accounts in existence as of the Commencement Date, including, without limitation, those accounts identified on **Exhibit "C"** to the Motion; (ii) treat the Bank Accounts for all purposes as accounts of the Debtors as debtors in possession; (iii) use,

3

in their present form, all correspondence and business forms (including, but not limited to, letterhead, purchase orders, and invoices), as well as checks and all other documents related to the Bank Accounts existing immediately before the Commencement Date, without reference to the Debtors' status as debtors in possession; <u>provided</u> that in the event the Debtors generate new checks during the pendency of these chapter 11 cases, such checks shall include a legend referring to the Debtors as "Debtors-In-Possession."

6.      The Debtors are further authorized to continue performing under and honoring Intercompany Transactions; <u>provided</u> that the Debtors shall (i) keep records of all postpetition Intercompany Transactions that occur during the chapter 11 cases and (ii) implement accounting procedures to identify and distinguish between prepetition and postpetition Intercompany Transactions.

7.      In accordance with sections 503(b)(1) and 507(a)(2) of the Bankruptcy Code, all Intercompany Claims arising after the Commencement Date shall be accorded administrative expense priority.

8.      Except as otherwise expressly provided in this Interim Order, all banks at which the Bank Accounts are maintained (collectively, the "***Banks***") are authorized and directed to continue to service and administer the Bank Accounts as accounts of the Debtors as debtors in possession, without interruption and in the ordinary course, and to receive, process, honor, and pay any and all checks, drafts, wires, and ACH Payments issued by the Debtors and drawn on the Bank Accounts after the Commencement Date to the extent the Debtors have sufficient funds standing to their credit with such Bank; <u>provided</u> that any payments drawn, issued, or made prior to the Commencement Date shall not be honored absent direction of the Debtors and a separate order of the Court authorizing such payment.

4

9.      The Banks are authorized to charge and the Debtors are authorized to pay and honor, both prepetition and postpetition service and other fees, costs, charges, and expenses to which the Banks may be entitled under the terms of and in accordance with their contractual arrangements with Debtors (collectively, the "*Service Charges*").

10.     The Debtors are authorized to continue to use the commercial card program under the WellsOne Commercial Card Agreement, dated on or around August 15, 2014 (as amended, restated, supplemented or otherwise modified from time to time, the "*Card Agreement*"), between the Debtors and Wells Fargo Bank, N.A. ("*Wells Fargo*") subject to the terms and conditions thereof.  Wells Fargo is authorized to make advances from time to time to the Debtors with a maximum exposure at any time up to $250,000.

11.     Each of the Banks is authorized to debit the Debtors' accounts in the ordinary course of business without need for further order of this Court for: (i) all checks, items, and other payment orders drawn on the Debtor's accounts that are cashed at such Bank's counters or exchanged for cashier's checks by the payees thereof prior to the Bank's receipt of notice of the commencement of these chapter 11 cases, (ii) all checks, automated clearing house entries, and other items deposited or credited to one of Debtor's accounts with such Bank prior to Commencement Date that have been dishonored, reversed, or returned unpaid for any reason, together with any fees and costs in connection therewith, to the same extent the Debtors were responsible for such costs and fees prior to Commencement Date, and (iii) all undisputed prepetition amounts outstanding as of the date hereof, if any, owed to any Bank as Service Charges for the maintenance of the Cash Management System.

12.     The Banks may rely on the representations of the Debtor(s) with respect to whether any check, item, or other payment order drawn or issued by the Debtor(s) prior to filing

WEIL:\95641331\11\11727.0012

of the Petition should be honored pursuant to this or any other order of this Court, and such Bank shall not have any liability to any party for relying on such representations by the Debtor(s) as provided for herein, and shall not be liable to any party on account of (i) following the Debtors' representations, instructions, or presentations as to any order of the Court (without any duty of further inquiry), (ii) honoring of any prepetition checks, drafts, wires or ACH Payments in a good faith belief or upon a representation by the Debtors that the Court has authorized such prepetition check, draft, wire, or ACH Payments or (iii) an innocent mistake made despite implementation of reasonable handling procedures.

13.    The Debtors' credit and debit card providers are authorized and directed to transfer all credit card receivables payable to the Debtors and to deduct any Service Charges, whether arising before or after the Commencement Date, payable by the Debtors from such transfers.

14.    Nothing contained herein shall prevent the Banks from modifying or terminating any Bank Accounts or related services in accordance with the agreements governing such accounts or services subject to their compliance with applicable law.

15.    Any payment made or to be made under this Interim Order, and any authorization contained in this Interim Order, shall be subject to the terms of any orders approving entry into debtor-in-possession financing and authorizing the use of cash collateral entered by this Court in these chapter 11 cases.

16.    As soon as practicable after the entry of this Interim Order, the Debtors shall serve a copy of this Interim Order on those Banks that make disbursements pursuant to the Debtors' Cash Management System.

WEIL:\95641331\11\11727.0012

17.     Nothing in the Motion or this Interim Order shall be deemed to authorize the Debtors to accelerate any payments not otherwise due prior to the date of the hearing to consider entry of an order granting the relief requested in the Motion on a final basis (the "***Final Hearing***").

18.     Nothing contained in the Motion or this Interim Order or any payment made pursuant to the authority granted by this Interim Order is intended to be or shall be construed as (i) an admission as to the validity of any claim against the Debtors, (ii) a waiver of the Debtors' or any appropriate party in interest's rights to dispute any claim, or (iii) an approval or assumption of any agreement, contract, program, policy, or lease under section 365 of the Bankruptcy Code.

19.     Notwithstanding entry of this Interim Order, nothing herein shall create, nor is intended to create, any rights in favor of or enhance the status of any claim held by, any party.

20.     The requirements of Bankruptcy Rule 6003(b) have been satisfied.

21.     The requirements of Bankruptcy Rule 6004(a) are waived.

22.     Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Interim Order shall be immediately effective and enforceable upon its entry.

23.     The Final Hearing on the Motion shall be held on _____, **2016, at** _____ **(Eastern Time)** and any objections or responses to the Motion shall be in writing, filed with the Court, with a copy to chambers, and served upon (i) the proposed attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153 (Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Esq., and Garrett A. Fail, Esq.); (ii) the Office of the United States Trustee for Region 2, 201 Varick Street, Suite 1006, New York, NY 10014; (iii) the

7

attorneys for Aero Investors LLC, as agent under the Loan and Security Agreement, dated May 23, 2014, Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, IL 60654 (Attn: James A. Stempel, Esq.); (iv) attorneys for Bank of America, N.A., as agent under the Third Amended and Restated Loan and Security Agreement, as amended on August 18, 2015, Riemer & Braunstein LLP, Three Center Plaza, Boston, MA 02108 (Attn: David S. Berman, Esq.); and (v) the attorneys for the DIP Agent, Proskauer Rose LLP, Eleven Times Square, New York, NY 10036 (Attn.: Scott Rutsky and Peter Antoszyk, Esq.), in each case so as to be received no later than **4:00 p.m. (Eastern Time) on _____, 2016**.

24.     This Interim Order is effective only from the date of entry through this Court's disposition of the Motion on a final basis; <u>provided</u> that the Court's ultimate disposition of the Motion on a final basis shall not impair or otherwise affect any action taken pursuant to this Interim Order.

25.     The Debtors are authorized to take all action necessary to carry out this Interim Order.

26.     This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Interim Order.


Dated:  May ____, 2016
      New York, New York                                       _____
                                             UNITED STATES BANKRUPTCY JUDGE

WEIL:\95641331\11\11727.0012

**<u>Exhibit B</u>**

**Proposed Final Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x
                                     :

In re                           :         Chapter 11
                                       :

AÉROPOSTALE, INC., *et al.*,    :         Case No. 16-_____ (___)
                                       :

          Debtors.[1]         :         Jointly Administered
                                       :

----------------------------------------------------------x

## FINAL ORDER PURSUANT 11 U.S.C. §§ 105(a), 363, 364, 503, AND 507 AUTHORIZING DEBTORS TO (I) CONTINUE USING EXISTING CASH MANAGEMENT SYSTEM, BANK ACCOUNTS, AND BUSINESS FORMS, (II) IMPLEMENT CHANGES TO THE CASH MANAGEMENT SYSTEM IN THE ORDINARY COURSE OF BUSINESS, (III) CONTINUE INTERCOMPANY TRANSACTIONS, (IV) PROVIDE ADMINISTRATIVE EXPENSE PRIORITY FOR POSTPETITION INTERCOMPANY CLAIMS, AND FOR RELATED RELIEF

Upon the motion [ECF No. __] (the "***Motion***")[2] of Aéropostale, Inc. and its subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "***Debtors***"), pursuant to sections 105(a), 363, 364, 503 and 507 of chapter 11 of title 11 of the United States Code (the "***Bankruptcy Code***"), for an order authorizing the Debtors to (i) continue using their existing cash management system, bank accounts, and business forms, (ii) implement changes to their cash management system in the ordinary course of business, including, without limitation, opening or closing existing bank accounts, (iii) continue to perform under and honor intercompany transactions, in their business judgement and at their sole

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: Aéropostale, Inc. (3880); Aéropostale West, Inc. (7013); Jimmy'Z Surf Co., LLC (0461); Aero GC Management LLC (4257); Aeropostale Procurement Company, Inc. (8518); Aeropostale Licensing, Inc. (8124); P.S. from Aeropostale, Inc. (5900); GoJane LLC (4923); Aeropostale Canada Corp. (N/A); Aeropostale Holdings, Inc. (7729); and Aeropostale Puerto Rico, Inc. (6477). The Debtors' corporate headquarters is located at 112 West 34th Street, 22nd Floor, New York, NY 10120.

[2] Capitalized terms not otherwise herein defined shall have the meanings ascribed to such terms in the Motion.

discretion, and (iv) provide administrative expense priority for postpetition intercompany claims, and for related relief, as more fully set forth in the Motion; and the Court having jurisdiction to decide the Motion and the relief requested therein in accordance with 28. U.S.C. §§ 157(a)-(b) and 1334(b) and the *Amended Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b), and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion having been given as provided in the Motion, and such notice having been adequate and appropriate under the circumstances; and it appearing that no other or further notice of the Motion need be provided; and the Court having held hearings to consider the relief requested in the Motion on an interim (the "***Interim Hearing***") and final basis (the "***Final Hearing***"), and upon the *Declaration of David J. Dick Pursuant to Rule 1007-2 of the Local Bankruptcy Rules for the Southern District of New York*, filed contemporaneously with the Motion, the record of the Interim Hearing, and the Final Hearing, and all of the proceedings had before the Court; and the Court having found and determined that the relief sought in the Motion and granted herein is in the best interests of the Debtors, their respective estates and creditors, and all parties in interest, and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is granted on a final basis.

2.      The Debtors are authorized, but not directed, pursuant to sections 105(a), 363, 364, 503, and 507 of the Bankruptcy Code to continue using their integrated cash management system as described in the Motion (the "***Cash Management System***") and to

collect, concentrate, and disburse cash in accordance with the Cash Management System, including intercompany funding among Debtor affiliates.

3.      The Debtors are further authorized, but not directed, to implement changes to the Cash Management System in the ordinary course of business, including, without limitation, the opening of any new bank accounts and the closing of any existing bank accounts (the "***Bank Accounts***") as they may deem necessary and appropriate in their sole discretion so long as (i) any such new accounts is with a bank that is (a) insured with the Federal Deposit Insurance Corporation or the Federal Savings and Loan Insurance Corporation and (b) designated as an authorized depository by the U.S. Trustee pursuant to the U.S. Trustee's Operating Guidelines and Reporting Requirements for Debtors in Possession and Trustees, and (ii) the Debtors provide notice to the U.S. Trustee of the opening of such account.

4.      The relief, rights, and responsibilities provided for in this Final Order shall be deemed to apply to any and all Bank Accounts maintained in the Debtors' names, including, without limitation, any new bank accounts, whether or not such Bank Accounts are identified on **Exhibit "C"** to the Motion, and any banks at which new accounts are opened shall be subject to the rights and obligations set forth in this Final Order.

5.      The Debtors are further authorized to (i) continue to use, with the same account numbers, all of the Bank Accounts in existence as of the Commencement Date, including, without limitation, those accounts identified on **Exhibit "C"** to the Motion; (ii) treat the Bank Accounts for all purposes as accounts of the Debtors as debtors in possession; (iii) use, in their present form, all correspondence and business forms (including, but not limited to, letterhead, purchase orders and invoices), as well as checks and all other documents related to the Bank Accounts existing immediately before the Commencement Date, without reference to

3

the Debtors' status as debtors in possession; <u>provided</u> that in the event the Debtors generate new checks during the pendency of these chapter 11 cases, such checks shall include a legend referring to the Debtors as "Debtors-In-Possession."

6.      The Debtors are further authorized to continue performing under and honoring Intercompany Transactions; <u>provided</u> that the Debtors shall (i) keep records of all postpetition Intercompany Transactions that occur during the chapter 11 cases and (ii) implement accounting procedures to identify and distinguish between prepetition and postpetition Intercompany Transactions.

7.      In accordance with sections 503(b)(1) and 507(a)(2) of the Bankruptcy Code, all Intercompany Claims arising after the Commencement Date shall be accorded administrative expense priority.

8.      Except as otherwise expressly provided in this Final Order, all banks at which the Bank Accounts are maintained (collectively, the "***Banks***") are authorized and directed to continue to service and administer the Bank Accounts as accounts of the Debtors as debtors in possession, without interruption and in the ordinary course, and to receive, process, honor, and pay any and all checks, drafts, wires, and ACH Payments issued by the Debtors and drawn on the Bank Accounts after the Commencement Date to the extent the Debtors have sufficient funds standing to their credit with such Bank; <u>provided</u> that any payments drawn, issued, or made prior to the Commencement Date shall not be honored absent direction of the Debtors and a separate order of the Court authorizing such payment.

9.      The Banks are authorized to charge and the Debtors are authorized to pay and honor, both prepetition and postpetition service and other fees, costs, charges, and expenses

WEIL:\95641331\11\11727.0012

to which the Banks may be entitled under the terms of and in accordance with their contractual arrangements with Debtors (collectively, the "*Service Charges*").

10.     The Debtors are authorized to continue to use the commercial card program under the WellsOne Commercial Card Agreement, dated on or around August 15, 2014 (as amended, restated, supplemented or otherwise modified from time to time, the "*Card Agreement*"), between the Debtors and Wells Fargo Bank, N.A. ("*Wells Fargo*") subject to the terms and conditions thereof.  Wells Fargo is authorized to make advances from time to time to the Debtors with a maximum exposure at any time up to $250,000.

11.     Each of the Banks is authorized to debit the Debtors' accounts in the ordinary course of business without need for further order of this Court for: (i) all checks, items, and other payment orders drawn on the Debtors' accounts that are cashed at such Bank's counters or exchanged for cashiers' checks by the payees thereof prior to the Bank's receipt of notice of the commencement of these chapter 11 cases; (ii) all checks, automated clearing house entries, and other items deposited or credited to one of Debtors' accounts with such Bank prior to Commencement Date that have been dishonored, reversed, or returned unpaid for any reason, together with any fees and costs in connection therewith, to the same extent the Debtors were responsible for such costs and fees prior to Commencement Date; and (iii) all undisputed prepetition amounts outstanding as of the date hereof, if any, owed to any Bank as Service Charges for the maintenance of the Cash Management System.

12.     The Banks may rely on the representations of the Debtor(s) with respect to whether any check, item, or other payment order drawn or issued by the Debtor(s) prior to the Commencement Date should be honored pursuant to this or any other order of this Court, and such Bank shall not have any liability to any party for relying on such representations by the

5

Debtor(s) as provided for herein, and shall not be liable to any party on account of (i) following the Debtors' representations, instructions, or presentations as to any order of the Court (without any duty of further inquiry), (ii) honoring of any prepetition checks, drafts, wires, or ACH Payments in a good faith belief or upon a representation by the Debtors that the Court has authorized such prepetition check, draft, wire, or ACH Payment, or (iii) an innocent mistake made despite implementation of reasonable handling procedures.

13.     The Debtors' credit and debit card providers are authorized and directed to transfer all credit card receivables payable to the Debtors and to deduct any Service Charges, whether arising before or after the Commencement Date, payable by the Debtors from such transfers.

14.     Nothing contained herein shall prevent the Banks from modifying or terminating any Bank Accounts or related services in accordance with the agreements governing such accounts or services subject to their compliance with applicable law.

15.     Any payment made or to be made under this Final Order, and any authorization contained in this Final Order, shall be subject to the terms of any orders approving entry into debtor-in-possession financing and authorizing the use of cash collateral entered by this Court in these chapter 11 cases.

16.     As soon as practicable after the entry of this Final Order, the Debtors shall serve a copy of this Final Order on those Banks that make disbursements pursuant to the Debtors' Cash Management System.

17.     Nothing contained in the Motion or this Final Order or any payment made pursuant to the authority granted by this Final Order is intended to be or shall be construed as (i) an admission as to the validity of any claim against the Debtors, (ii) a waiver of the Debtors' or

6

any appropriate party in interest's rights to dispute any claim, or (iii) an approval or assumption

of any agreement, contract, program, policy, or lease under section 365 of the Bankruptcy Code.

18.     Notwithstanding entry of this Final Order, nothing herein shall create, nor

is intended to create, any rights in favor of or enhance the status of any claim held by, any party.

19.     Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of

this Final Order shall be immediately effective and enforceable upon its entry.

20.     The Debtors are authorized to take all action necessary to carry out this

Final Order.

21.     This Court shall retain jurisdiction to hear and determine all matters

arising from or related to the implementation, interpretation, and/or enforcement of this Final

Order.


Dated: May ____, 2016
         New York, New York


_____
UNITED STATES BANKRUPTCY JUDGE

WEIL:\95641331\11\11727.0012

## Exhibit C

## Bank Accounts

| Bank Name | Bank Account Abbreviation | Legal Entity | Legal Entity Abbreviation | Company Number | Full A/C Number | Account Description |
|---|---|---|---|---|---|---|
| Bank of America | BOA - Concentration | Aeropostale, Inc. | Aero Inc. | 1 | 89827831 | Concentration - Depository ACH ZBA |
| Bank of America | BOA – Master Dis. | Aeropostale, Inc. | Aero Inc. | 1 | 89827857 | Master Disbursement - ACH |
| Bank of America | BOA – Dis. East | Aeropostale, Inc. | Aero Inc. | 1 | 80062526 | Payroll – East Manual Payroll ZBA |
| Bank of America | BOA – Dis. West | Aeropostale West, Inc. | Aero West | 3 | 80220344 | Payroll - West Inactive ZBA |
| Bank of America | BOA - Payroll | Aeropostale, Inc. | Aero Inc. | 1 | 4640428763 | Payroll - Includes Taxes/Benefits ZBA |
| Bank of America | BOA – Dep. West | Aeropostale West, Inc. | Aero West | 3 | 5047642031 | Depository – West Store Sweep |
| Bank of America | BOA – Utilities | Aeropostale, Inc. | Aero Inc. | 1 | 9419920747 | Deposit |
| Bank of America | BOA – Dep. East | Aeropostale, Inc. | Aero East | 1 | 5047642358 | Depository – East Store Sweep |
| Bank of America | BOA - Dep. Corp | Aeropostale, Inc. | Aero Inc. | 1 | 518002421548 | Depository – Corporate Manual Deposits |
| Bank of America | BOA - Dep. PS | P.S. from Aeropostale | Aero PS | 5 | 518005775071 | Depository - PS BOA Store Sweep |
| Bank of America | BOA – Term Loan Proceeds | Aeropostale, Inc. | Aero Inc. | 1 | 518002421823 | Sycamore Transfer funds – Inactive |
| Bank of America | BOA – Syc. Inv | Aeropostale, Inc. | Aero Inc. | 1 | 5S101V91-271521 | Sycamore Vested funds – Inactive |
| Bank of America | BOA – ST Inv | Aeropostale, Inc. | Aero Inc. | 1 | 5X001A13-424800 | Invest/Divest - Short-term |
| Fidelity | Fidelity – ST Inv | Aeropostale, Inc. | Aero Inc. | 1 | 702982489 | Invest/Divest - Short-term Inactive |
| Royal Bank of Canada | RBC – Dis. A/P | Aeropostale Canada Corp. | Aero Canada | 8 | 1416817 | Disbursement - A/P |
| Royal Bank of Canada | RBC - Payroll | Aeropostale Canada Corp. | Aero Canada | 8 | 1416825 | Payroll – Benefits/Checks |
| Royal Bank of Canada | RBC – Dep. Credit Cards | Aeropostale Canada Corp. | Aero Canada | 8 | 1416874 | Depository – ACH Credit Cards |
| Royal Bank of Canada | RBC – Concentration | Aeropostale Canada Corp. | Aero Canada | 8 | 1419738 | Concentration - ACH |
| Royal Bank of Canada | RBC – Dep. Store | Aeropostale Canada Corp. | Aero Canada | 8 | 1420439 | Depository - Store Sweep |
| Royal Bank of Canada | RBC – Dis. Manual | Aeropostale Canada Corp. | Aero Canada | 8 | 1494590 | Disbursement – Manual Payments/Inactive |
| Royal Bank of Canada | RBC - USD Concentration | Aeropostale Canada Corp. | Aero Canada | 8 | 4075743 | Concentration (USD) - ACH/Swift |
| Royal Bank of Canada | RBC – USD Dis. A/P | Aeropostale Canada Corp. | Aero Canada | 8 | 4075750 | Disbursement (USD) - A/P |
| Banco Popular | Banco Popular - Concentration | Aeropostale Puerto Rico, Inc. | Aero PR | 4 | 030-475821 | Concentration – Credit Card Deposits |
| Banco Popular | Banco Popular – Inv. | Aeropostale Puerto Rico, Inc. | Aero PR | 4 | 030-475821 | Invest – Sweep funds in excess of S5K |
| Banco Popular | Banco Popular - Dep.Store | Aeropostale Puerto Rico, Inc. | Aero PR | 4 | 030-475848 | Depository - Store Sweep ZBA |
| Banco Popular | Banco Popular - Payroll | Aeropostale Puerto Rico, Inc. | Aero PR | 4 | 030-475856 | Payroll - Includes some benefits ZBA |
| Wells Fargo | WF – A/P | Aeropostale, Inc. | Aero Inc. | 1 | 425-1770178 | Disbursement – A/P Benefits/ACH/SWIFT |
| Wells Fargo | WF – Dis. | Aeropostale, Inc. | Aero Inc. | 1 | 965-1481641 | Disbursement - Checks ZBA |
| Wells Fargo | WF - Procurement | Aeropostale Procurement Company, Inc. | Aero Pro | 6 | 412-0490776 | Disbursement – Procurement A/P ACH/SWIFT |
| Wells Fargo | WF – Dis. Procurement | Aeropostale Procurement Company, Inc. | Aero Pro | 6 | 9626000526 | Disbursement – Procurement Checks ZBA |
| Wells Fargo | WF - Concentration | Aeropostale, Inc. | Aero Inc. | 1 | 4044373751 | Concentration – Depository/ACH Credit Card/GSI |

| Bank Name | Bank Account Abbreviation | Legal Entity | Legal Entity Abbreviation | Company Number | Full A/C Number | Account Description |
|---|---|---|---|---|---|---|
| Wells Fargo | WF – Dep. Gift Card | Aeropostale GC Management LLC | Aero GC Mgmt | 2 | 4043713965 | Depository - Vendor |
| Wells Fargo | WF – Dep. | Aeropostale Licensing, Inc. | Aero Lic. | 9 | 4044373744 | Depository – Licensing |
| Wells Fargo | WF – Dep. | GoJane LLC | Go Jane | 10 | 4043713973 | Depository - Credit Cards |
| Wells Fargo | WF - Dep. Aero | Aeropostale, Inc. | Aero Inc. | 1 | 4126195874 | Depository - Aero WF |
| Bank Name | Bank Account Abbreviation | Legal Entity | Legal Entity Abbreviation | Company Number | Full A/C Number | Account Description |
| Wells Fargo | WF - Dep. PS | P.S. from Aeropostale | Aero PS | 5 | 4942058470 | Depository - PS WF Store Sweep |
| Wachovia | Wachovia - Dep. | Aeropostale, Inc. | Aero Inc. | 1 | 2000022993216 | Depository - Wachovia Store Sweep |
| Comerica | Comerica - Dep. | Aeropostale, Inc. | Aero Inc. | 1 | 1851532356 | Depository - Comerica Store Sweep |
| US Bank | US Bank - Dep. East | Aeropostale, Inc. | Aero Inc. | 1 | 153910159638 | Depository - East US Bank  Store Sweep |
| US Bank | US Bank - Dep. West | Aeropostale West, Inc. | Aero West | 3 | 153910159620 | Depository - West US Bank |

2

| Bank Name | Bank Account Number | Legal Entity | Legal Entity Abbreviation | Company Number | Store Number |
|---|---|---|---|---|---|
| Amarillo National | 8014957 | Aeropostale Inc. | Aero Inc. | 1 | 626 |
| American Bank | 86227630 | Aeropostale Inc. | Aero Inc. | 1 | 767 |
| American Bank | 101053894 | Aeropostale Inc. | Aero Inc. | 1 | 970 |
| American National Bank | 1504039901 | Aeropostale Inc. | Aero Inc. | 1 | 779 |
| American Savings Bank | 8100468787 | Aeropostale West | Aero West | 3 | 1081 |
| Ameris | 2048624841 | Aeropostale Inc. | Aero Inc. | 1 | 755 |
| Ameriserv Financial | 50783238 | Aeropostale Inc. | Aero Inc. | 1 | 381 |
| Arvest Bank | 80661650 | Aeropostale Inc. | Aero Inc. | 1 | 444 |
| Arvest Bank | 79513395 | Aeropostale Inc. | Aero Inc. | 1 | 997 |
| Arvest Bank | 25982161 | Aeropostale Inc. | Aero Inc. | 1 | 693 |
| Arvest Bank | 13227744 | Aeropostale Inc. | Aero Inc. | 1 | 914 |
| Associated Bank | 2263044519 | Aeropostale Inc. | Aero Inc. | 1 | 315 |
| Associated Bank | 2263029213 | Aeropostale Inc. | Aero Inc. | 1 | 364 |
| Associated Bank | 6008075150 | Aeropostale Inc. | Aero Inc. | 1 | 474 |
| Associated Bank | 2223044708 | Aeropostale Inc. | Aero Inc. | 1 | 544 |
| Astoria Federal Savings Bank | 8310607899 | Aeropostale Inc. | Aero Inc. | 1 | 677 |
| Athens First Bank & Trust Company | 2154659382 | Aeropostale Inc. | Aero Inc. | 1 | 441 |
| Bancorp South | 60732781 | Aeropostale Inc. | Aero Inc. | 1 | 689 |
| Bancorp South | 60707379 | Aeropostale Inc. | Aero Inc. | 1 | 784 |
| Bangor Savings Bank | 2010075113 | Aeropostale Inc. | Aero Inc. | 1 | 304 |
| Bank Champaign | 1100327 | Aeropostale Inc. | Aero Inc. | 1 | 216 |
| Bank Midwest | 10050970 | Aeropostale Inc. | Aero Inc. | 1 | 867 |
| Bank North, N.A. | 240234427 | Aeropostale Inc. | Aero Inc. | 1 | 313 |
| Bank of America | 5043617332 | Aeropostale West | Aero West | 3 | 1043 |
| Bank of America | 518007277098 | Aeropostale Inc. | Aero Inc. | 1 | 20 |
| Bank of America | 518003631722 | Aeropostale Inc. | Aero Inc. | 1 | 31 |
| Bank of America | 5090944524 | Aeropostale Inc. | Aero Inc. | 1 | 58 |
| Bank of America | 5090944540 | Aeropostale Inc. | Aero Inc. | 1 | 70 |
| Bank of America | 518002422165 | Aeropostale Inc. | Aero Inc. | 1 | 71 |
| Bank of America | 0050-4764-2390 | Aeropostale West | Aero West | 3 | 88 |
| Bank of America | 5090944553 | Aeropostale Inc. | Aero Inc. | 1 | 106 |
| Bank of America | 518002422097 | Aeropostale Inc. | Aero Inc. | 1 | 111 |
| Bank of America | 5090944579 | Aeropostale Inc. | Aero Inc. | 1 | 130 |
| Bank of America | 5090944595 | Aeropostale Inc. | Aero Inc. | 1 | 150 |
| Bank of America | 05090273583 | Aeropostale Inc. | Aero Inc. | 1 | 153 |
| Bank of America | 5090273567 | Aeropostale West | Aero West | 3 | 183 |
| Bank of America | 5090944618 | Aeropostale Inc. | Aero Inc. | 1 | 195 |
| Bank of America | 518002422107 | Aeropostale Inc. | Aero Inc. | 1 | 202 |
| Bank of America | 5090944621 | Aeropostale Inc. | Aero Inc. | 1 | 209 |
| Bank of America | 5090944634 | Aeropostale Inc. | Aero Inc. | 1 | 224 |
| Bank of America | 5090944689 | Aeropostale Inc. | Aero Inc. | 1 | 259 |
| Bank of America | 5090944715 | Aeropostale Inc. | Aero Inc. | 1 | 277 |
| Bank of America | 518002422136 | Aeropostale Inc. | Aero Inc. | 1 | 332 |
| Bank of America | 5090944757 | Aeropostale Inc. | Aero Inc. | 1 | 348 |
| Bank of America | 5090944760 | Aeropostale Inc. | Aero Inc. | 1 | 362 |
| Bank of America | 5090944773 | Aeropostale Inc. | Aero Inc. | 1 | 379 |
| Bank of America | 5090944809 | Aeropostale Inc. | Aero Inc. | 1 | 453 |
| Bank of America | 5047642060 | Aeropostale Inc. | Aero Inc. | 1 | 456 |
| Bank of America | 5090944825 | Aeropostale Inc. | Aero Inc. | 1 | 476 |
| Bank of America | 518000410098 | Aeropostale Inc. | Aero Inc. | 1 | 521 |
| Bank of America | 005048739244 | Aeropostale Inc. | Aero Inc. | 1 | 538 |
| Bank of America | 005048739642 | Aeropostale West | Aero West | 3 | 543 |
| Bank of America | 518007277153 | Aeropostale Inc. | Aero Inc. | 1 | 561 |
| Bank of America | 005048739545 | Aeropostale Inc. | Aero Inc. | 1 | 569 |
| Bank of America | 5048739671 | Aeropostale Inc. | Aero Inc. | 1 | 576 |
| Bank of America | 5040817795 | Aeropostale Inc. | Aero Inc. | 1 | 603 |
| Bank of America | 518005772773 | Aeropostale West | Aero West | 3 | 638 |
| Bank of America | 005090166111 | Aeropostale Inc. | Aero Inc. | 1 | 657 |
| Bank of America | 5090956839 | Aeropostale Inc. | Aero Inc. | 1 | 659 |

3

| Bank Name | Bank Account Number | Legal Entity | Legal Entity Abbreviation | Company Number | Store Number |
|---|---|---|---|---|---|
| Bank of America | 5090166195 | Aeropostale West | Aero West | 3 | 660 |
| Bank of America | 005090166182 | Aeropostale Inc. | Aero Inc. | 1 | 665 |
| Bank of America | 518001207051 | Aeropostale West | Aero West | 3 | 667 |
| Bank of America | 005090273745 | Aeropostale Inc. | Aero Inc. | 1 | 681 |
| Bank of America | 005090273703 | Aeropostale Inc. | Aero Inc. | 1 | 698 |
| Bank of America | 005090273774 | Aeropostale Inc. | Aero Inc. | 1 | 708 |
| Bank of America | 5090956596 | Aeropostale Inc. | Aero Inc. | 1 | 721 |
| Bank of America | 518002422149 | Aeropostale Inc. | Aero Inc. | 1 | 754 |
| Bank of America | 5090956143 | Aeropostale West | Aero West | 3 | 761 |
| Bank of America | 5090956130 | Aeropostale West | Aero West | 3 | 768 |
| Bank of America | 5090956334 | Aeropostale West | Aero West | 3 | 788 |
| Bank of America | 5091220069 | Aeropostale West | Aero West | 3 | 789 |
| Bank of America | 5090956729 | Aeropostale West | Aero West | 3 | 792 |
| Bank of America | 5090956910 | Aeropostale West | Aero West | 3 | 794 |
| Bank of America | 5090956855 | Aeropostale West | Aero West | 3 | 795 |
| Bank of America | 518005772359 | Aeropostale West | Aero West | 3 | 796 |
| Bank of America | 518005772605 | Aeropostale Inc. | Aero Inc. | 1 | 814 |
| Bank of America | 5091220386 | Aeropostale Inc. | Aero Inc. | 1 | 823 |
| Bank of America | 5091220182 | Aeropostale West | Aero West | 3 | 829 |
| Bank of America | 5090944977 | Aeropostale Inc. | Aero Inc. | 1 | 835 |
| Bank of America | 5091220289 | Aeropostale West | Aero West | 3 | 850 |
| Bank of America | 5091220247 | Aeropostale Inc. | Aero Inc. | 1 | 861 |
| Bank of America | 5091220344 | Aeropostale West | Aero West | 3 | 864 |
| Bank of America | 5091220331 | Aeropostale West | Aero West | 3 | 865 |
| Bank of America | 5091220234 | Aeropostale Inc. | Aero Inc. | 1 | 866 |
| Bank of America | 5091220483 | Aeropostale Inc. | Aero Inc. | 1 | 869 |
| Bank of America | 5180521213 | Aeropostale Inc. | Aero Inc. | 1 | 874 |
| Bank of America | 005180521404 | Aeropostale West | Aero West | 3 | 880 |
| Bank of America | 005180564584 | Aeropostale Inc. | Aero Inc. | 1 | 881 |
| Bank of America | 518000410014 | Aeropostale Inc. | Aero Inc. | 1 | 896 |
| Bank of America | 518000410056 | Aeropostale West | Aero West | 3 | 900 |
| Bank of America | 005049515810 | Aeropostale Inc. | Aero Inc. | 1 | 908 |
| Bank of America | 518000410108 | Aeropostale West | Aero West | 3 | 909 |
| Bank of America | 518000410111 | Aeropostale West | Aero West | 3 | 913 |
| Bank of America | 518000410221 | Aeropostale West | Aero West | 3 | 916 |
| Bank of America | 518000805182 | Aeropostale West | Aero West | 3 | 918 |
| Bank of America | 518000410153 | Aeropostale West | Aero West | 3 | 919 |
| Bank of America | 518002421713 | Aeropostale Inc. | Aero Inc. | 1 | 923 |
| Bank of America | 518000410069 | Aeropostale Inc. | Aero Inc. | 1 | 934 |
| Bank of America | 518000410124 | Aeropostale West | Aero West | 3 | 938 |
| Bank of America | 518000410072 | Aeropostale Inc. | Aero Inc. | 1 | 941 |
| Bank of America | 518000805292 | Aeropostale West | Aero West | 3 | 963 |
| Bank of America | 518000803993 | Aeropostale Inc. | Aero Inc. | 1 | 975 |
| Bank of America | 518002418739 | Aeropostale Inc. | Aero Inc. | 1 | 977 |
| Bank of America | 518002418771 | Aeropostale West | Aero West | 3 | 979 |
| Bank of America | 5043617316 | Aeropostale West | Aero West | 3 | 982 |
| Bank of America | 518000800608 | Aeropostale West | Aero West | 3 | 985 |
| Bank of America | 518002418784 | Aeropostale West | Aero West | 3 | 994 |
| Bank of America | 5043617329 | Aeropostale West | Aero West | 3 | 995 |
| Bank of America | 5044611418 | Aeropostale Inc. | Aero Inc. | 1 | 1020 |
| Bank of America | 5044611421 | Aeropostale Inc. | Aero Inc. | 1 | 1028 |
| Bank of America | 518002420183 | Aeropostale Inc. | Aero Inc. | 1 | 1036 |
| Bank of America | 518002422864 | Aeropostale West | Aero West | 3 | 1063 |
| Bank of America | 518002422547 | Aeropostale Inc. | Aero Inc. | 1 | 1072 |
| Bank of America | 518003631324 | Aeropostale West | Aero West | 3 | 1080 |
| Bank of America | 518003627558 | Aeropostale West | Aero West | 3 | 1083 |
| Bank of America | 518000805386 | Aeropostale Inc. | Aero Inc. | 1 | 1085 |
| Bank of America | 518003627574 | Aeropostale Inc. | Aero Inc. | 1 | 1086 |
| Bank of America | 518007277182 | Aeropostale Inc. | Aero Inc. | 1 | 1087 |
| Bank of America | 518003628049 | Aeropostale Inc. | Aero Inc. | 1 | 1090 |

WEIL:\95641331\11\11727.0012

| Bank Name | Bank Account Number | Legal Entity | Legal Entity Abbreviation | Company Number | Store Number |
|---|---|---|---|---|---|
| Bank of America | 518003631463 | Aeropostale Inc. | Aero Inc. | 1 | 1092 |
| Bank of America | 518003631298 | Aeropostale Inc. | Aero Inc. | 1 | 1093 |
| Bank of America | 518005773303 | Aeropostale Inc. | Aero Inc. | 1 | 1094 |
| Bank of America | 518003628065 | Aeropostale West | Aero West | 3 | 1095 |
| Bank of America | 518003628463 | Aeropostale West | Aero West | 3 | 1097 |
| Bank of America | 518003629420 | Aeropostale West | Aero West | 3 | 1102 |
| Bank of America | 518005774920 | Aeropostale West | Aero West | 3 | 1108 |
| Bank of America | 518005775039 | Aeropostale Inc. | Aero Inc. | 1 | 1111 |
| Bank of America | 518007277124 | Aeropostale Inc. | Aero Inc. | 1 | 1130 |
| Bank of America | 518007277111 | Aeropostale Inc. | Aero Inc. | 1 | 1132 |
| Bank of America | 518003628654 | Aeropostale Inc. | Aero Inc. | 1 | 1515 |
| Bank of America | 518003628081 | P.S. from Aeropostale | Aero PS | 5 | 3249 |
| Bank of America | 518005772401 | P.S. from Aeropostale | Aero PS | 5 | 3292 |
| Bank of America | 518005775042 | P.S. from Aeropostale | Aero PS | 5 | 3332 |
| Bank of America | 5090944663 | Aeropostale Inc. | Aero Inc. | 1 | 252 |
| Bank of America | 518005775563 | Aeropostale West | Aero West | 3 | 1110 |
| Bank of Colorado | 7000000864 | Aeropostale West | Aero West | 3 | 956 |
| Bank of Hawaii | 0005739500 | Aeropostale West | Aero West | 3 | 1048 |
| Bank of Hawaii | 0005739519 | Aeropostale West | Aero West | 3 | 1057 |
| Bank of Louisiana | 214051 | Aeropostale Inc. | Aero Inc. | 1 | 999 |
| Bank of Ocean City | 031021650 | Aeropostale Inc. | Aero Inc. | 1 | 1015 |
| Bank of Oklahoma | 019900652 | Aeropostale Inc. | Aero Inc. | 1 | 650 |
| Bank of the West | 282045244 | Aeropostale Inc. | Aero Inc. | 1 | 912 |
| Bank of the West | 898-061387 | Aeropostale West | Aero West | 3 | 1039 |
| Banknorth | 8241388475 | Aeropostale Inc. | Aero Inc. | 1 | 468 |
| BB&T Bank | 5122871772 | Aeropostale Inc. | Aero Inc. | 1 | 203 |
| BB&T Bank | 0005182846122 | Aeropostale Inc. | Aero Inc. | 1 | 36 |
| BB&T Bank | 0005153900320 | Aeropostale Inc. | Aero Inc. | 1 | 619 |
| BB&T Bank | 5235050090 | Aeropostale Inc. | Aero Inc. | 1 | 680 |
| BB&T Bank | 5237384581 | Aeropostale Inc. | Aero Inc. | 1 | 696 |
| BB&T Bank | 5123137282 | Aeropostale Inc. | Aero Inc. | 1 | 756 |
| BB&T Bank | 5147103508 | Aeropostale Inc. | Aero Inc. | 1 | 797 |
| BB&T Bank | 1100001794920 | Aeropostale Inc. | Aero Inc. | 1 | 885 |
| BB&T Bank | 5134203341 | Aeropostale Inc. | Aero Inc. | 1 | 387 |
| BB&T Bank | 5233172814 | Aeropostale Inc. | Aero Inc. | 1 | 164 |
| BB&T Bank | 0005271940094 | Aeropostale Inc. | Aero Inc. | 1 | 273 |
| BB&T Bank | 1390001515906 | Aeropostale Inc. | Aero Inc. | 1 | 342 |
| BB&T Bank | 5233142575 | Aeropostale Inc. | Aero Inc. | 1 | 356 |
| BB&T Bank | 5280336663 | Aeropostale Inc. | Aero Inc. | 1 | 377 |
| BB&T Bank | 0005232078814 | Aeropostale Inc. | Aero Inc. | 1 | 517 |
| BB&T Bank | 1390001940321 | Aeropostale Inc. | Aero Inc. | 1 | 924 |
| BB&T Bank | 0005158975639 | Aeropostale Inc. | Aero Inc. | 1 | 944 |
| BB&T Bank | 0005158975701 | Aeropostale Inc. | Aero Inc. | 1 | 1056 |
| BB&T Bank | 0005158975647 | Aeropostale Inc. | Aero Inc. | 1 | 1126 |
| BB&T Bank | 0005148770788 | Aeropostale Inc. | Aero Inc. | 1 | 897 |
| BBVA Compass | 3802873012 | Aeropostale Inc. | Aero Inc. | 1 | 588 |
| BMO Harris | 0021118152 | Aeropostale Inc. | Aero Inc. | 1 | 549 |
| BMO Harris | 0044120604 | Aeropostale Inc. | Aero Inc. | 1 | 1073 |
| Bremer Bank | 6716755 | Aeropostale Inc. | Aero Inc. | 1 | 848 |
| Business First Bank | 272948 | Aeropostale Inc. | Aero Inc. | 1 | 847 |
| Capital City Bank | 3701510401 | Aeropostale Inc. | Aero Inc. | 1 | 966 |
| Capital City Bank | 7100489901 | Aeropostale Inc. | Aero Inc. | 1 | 263 |
| Capital One | 7524019283 | Aeropostale Inc. | Aero Inc. | 1 | 67 |
| Capital One | 1704300096 | Aeropostale Inc. | Aero Inc. | 1 | 110 |
| Capital One | 6444001082 | Aeropostale Inc. | Aero Inc. | 1 | 185 |
| Capital One | 1614304530 | Aeropostale Inc. | Aero Inc. | 1 | 258 |
| Capital One | 2081345107 | Aeropostale Inc. | Aero Inc. | 1 | 299 |
| Capital One | 1624305890 | Aeropostale Inc. | Aero Inc. | 1 | 718 |
| Capital One | 2080638054 | Aeropostale Inc. | Aero Inc. | 1 | 733 |
| Capital One | 2214301453 | Aeropostale Inc. | Aero Inc. | 1 | 890 |

WEIL:\95641331\11\11727.0012

| Bank Name | Bank Account Number | Legal Entity | Legal Entity Abbreviation | Company Number | Store Number |
|---|---|---|---|---|---|
| Capital One | 2081346529 | Aeropostale Inc. | Aero Inc. | 1 | 981 |
| Capital One | 2082410735 | Aeropostale Inc. | Aero Inc. | 1 | 1109 |
| Capital One | 2080473535 | Aeropostale Inc. | Aero Inc. | 1 | 635 |
| Capital One | 2080637880 | Aeropostale Inc. | Aero Inc. | 1 | 803 |
| Centennial | 0006083420 | Aeropostale Inc. | Aero Inc. | 1 | 828 |
| Central Bank of Boone County | 1045997 | Aeropostale Inc. | Aero Inc. | 1 | 530 |
| Centrue | 1001044061 | Aeropostale Inc. | Aero Inc. | 1 | 1034 |
| Chemical Bank | 11053208 | Aeropostale Inc. | Aero Inc. | 1 | 207 |
| Chemical Bank | 9094431 | Aeropostale Inc. | Aero Inc. | 1 | 247 |
| Chemical Bank | 2440023303 | Aeropostale Inc. | Aero Inc. | 1 | 464 |
| Chemung Canal Trust Co. | 139009744 | Aeropostale Inc. | Aero Inc. | 1 | 260 |
| Chemung Canal Trust Co. | 192005979 | Aeropostale Inc. | Aero Inc. | 1 | 305 |
| Citibank | 201068483 | Aeropostale West | Aero West | 3 | 746 |
| Citibank | 202792859 | Aeropostale West | Aero West | 3 | 978 |
| Citibank | 9957387695 | P.S. from Aeropostale | Aero PS | 5 | 3224 |
| Citibank | 9962276009 | Aeropostale Inc. | Aero Inc. | 1 | 54 |
| Citizens Bank | 4014352691 | Aeropostale Inc. | Aero Inc. | 1 | 57 |
| Citizens Bank | 3313075497 | Aeropostale Inc. | Aero Inc. | 1 | 1107 |
| Citizens Bank | 610149-838-0 | Aeropostale Inc. | Aero Inc. | 1 | 11 |
| Citizens Bank | 610126-585-8 | Aeropostale Inc. | Aero Inc. | 1 | 35 |
| Citizens Bank | 4004280078 | Aeropostale Inc. | Aero Inc. | 1 | 178 |
| Citizens Bank | 3304199286 | Aeropostale Inc. | Aero Inc. | 1 | 194 |
| Citizens Bank | 10125132 | Aeropostale Inc. | Aero Inc. | 1 | 208 |
| Citizens Bank | 6101449274 | Aeropostale Inc. | Aero Inc. | 1 | 294 |
| Citizens Bank | 6206973674 | Aeropostale Inc. | Aero Inc. | 1 | 722 |
| Citizens Bank | 18172210 | Aeropostale Inc. | Aero Inc. | 1 | 962 |
| Citizens Bank | 4509103890 | Aeropostale Inc. | Aero Inc. | 1 | 989 |
| Citizens Bank | 6218334310 | Aeropostale Inc. | Aero Inc. | 1 | 1023 |
| Citizens Bank | 8789053 | Aeropostale Inc. | Aero Inc. | 1 | 672 |
| Citizens Bank | 5201123201 | Aeropostale Inc. | Aero Inc. | 1 | 917 |
| Citizens National Bank | 1528521 | Aeropostale Inc. | Aero Inc. | 1 | 1129 |
| Citizens National Bank | 322296 | Aeropostale Inc. | Aero Inc. | 1 | 334 |
| Citizens National Bank | 0099752 | Aeropostale Inc. | Aero Inc. | 1 | 579 |
| Citizens National Bank | 101462059 | Aeropostale Inc. | Aero Inc. | 1 | 839 |
| Citizens Union Bank | 0110000 | Aeropostale Inc. | Aero Inc. | 1 | 459 |
| ColeTaylor Bank | 069177597 | Aeropostale Inc. | Aero Inc. | 1 | 478 |
| Columbia Bank | 7000213020 | Aeropostale West | Aero West | 3 | 541 |
| Columbus Bank & Trust | 0030067596 | Aeropostale Inc. | Aero Inc. | 1 | 738 |
| Comerica Bank | 1851532356 | Aeropostale Inc. | Aero Inc. | 1 | 189 |
| Comerica Bank | 1851532356 | Aeropostale West | Aero West | 3 | 1022 |
| Comerica Bank | 1851532356 | Aeropostale Inc. | Aero Inc. | 1 | 226 |
| Comerica Bank | 1851532356 | Aeropostale Inc. | Aero Inc. | 1 | 289 |
| Comerica Bank | 1851532356 | Aeropostale Inc. | Aero Inc. | 1 | 297 |
| Comerica Bank | 1851532356 | Aeropostale Inc. | Aero Inc. | 1 | 446 |
| Comerica Bank | 1851532356 | Aeropostale Inc. | Aero Inc. | 1 | 465 |
| Comerica Bank | 1851532356 | Aeropostale Inc. | Aero Inc. | 1 | 488 |
| Comerica Bank | 1851532356 | Aeropostale Inc. | Aero Inc. | 1 | 825 |
| Commerce | 308043964 | Aeropostale Inc. | Aero Inc. | 1 | 275 |
| Community Bank N.A. | 1050203411 | Aeropostale Inc. | Aero Inc. | 1 | 371 |
| Community Bank N.A. | 4260018731 | Aeropostale Inc. | Aero Inc. | 1 | 372 |
| Compass Bank | 18432706 | Aeropostale Inc. | Aero Inc. | 1 | 620 |
| Dollar Bank | 2667513739 | Aeropostale Inc. | Aero Inc. | 1 | 171 |
| Exchange Bank of Alabama | 20008345 | Aeropostale Inc. | Aero Inc. | 1 | 233 |
| Farmers' State Bank | 754978 | Aeropostale West | Aero West | 3 | 757 |
| Fidelity Deposit & Discount Bank | 7311381714 | Aeropostale Inc. | Aero Inc. | 1 | 871 |
| Fifth Third Bank | 9990200280 | Aeropostale Inc. | Aero Inc. | 1 | 251 |
| Fifth Third Bank | 9990200280 | Aeropostale Inc. | Aero Inc. | 1 | 288 |
| Fifth Third Bank | 9990200280 | Aeropostale Inc. | Aero Inc. | 1 | 341 |
| Fifth Third Bank | 9990200280 | Aeropostale Inc. | Aero Inc. | 1 | 373 |
| Fifth Third Bank | 9990200280 | Aeropostale Inc. | Aero Inc. | 1 | 394 |

6

| Bank Name | Bank Account Number | Legal Entity | Legal Entity Abbreviation | Company Number | Store Number |
|---|---|---|---|---|---|
| Fifth Third Bank | 9990200280 | Aeropostale Inc. | Aero Inc. | 1 | 510 |
| Fifth Third Bank | 9990200280 | Aeropostale Inc. | Aero Inc. | 1 | 518 |
| Fifth Third Bank | 9990200280 | Aeropostale Inc. | Aero Inc. | 1 | 878 |
| Fifth Third Bank | 7026379037 | P.S. from Aeropostale | Aero PS | 5 | 3286 |
| First American Bank | 45102389702 | Aeropostale Inc. | Aero Inc. | 1 | 1120 |
| First American Bank | 11070636101 | Aeropostale Inc. | Aero Inc. | 1 | 142 |
| First American Bank | 16021854502 | Aeropostale Inc. | Aero Inc. | 1 | 143 |
| First American Bank | 14091874101 | Aeropostale Inc. | Aero Inc. | 1 | 361 |
| First American Bank | 13185479411 | Aeropostale Inc. | Aero Inc. | 1 | 449 |
| First Bank & Trust | 360083497 | Aeropostale Inc. | Aero Inc. | 1 | 685 |
| First Bank of Colorado | 9195551323 | Aeropostale West | Aero West | 3 | 647 |
| First Bank of Tennessee | 171535526 | Aeropostale Inc. | Aero Inc. | 1 | 707 |
| First Citizens Bank | 003242556881 | Aeropostale Inc. | Aero Inc. | 1 | 1016 |
| First Citizens Bank | 007411236263 | P.S. from Aeropostale | Aero PS | 5 | 3262 |
| First Citizens Bank | 008924176053 | P.S. from Aeropostale | Aero PS | 5 | 3285 |
| First Citizens Bank | 1411188818 | Aeropostale Inc. | Aero Inc. | 1 | 290 |
| First Citizens Bank | 008921315791 | Aeropostale Inc. | Aero Inc. | 1 | 310 |
| First Citizens Bank | 083086941801 | Aeropostale Inc. | Aero Inc. | 1 | 875 |
| First Citizens Bank | 7411223513 | Aeropostale Inc. | Aero Inc. | 1 | 280 |
| First Citrus Bank | 12145201 | Aeropostale Inc. | Aero Inc. | 1 | 625 |
| FirstCommonwealth | 7110005579 | Aeropostale Inc. | Aero Inc. | 1 | 336 |
| First Community Bank | 10026504 | Aeropostale Inc. | Aero Inc. | 1 | 1091 |
| First Federal Savings | 0060059001 | Aeropostale Inc. | Aero Inc. | 1 | 1099 |
| First Financial Bank | 4681940 | Aeropostale Inc. | Aero Inc. | 1 | 238 |
| First Interstate | 1700926353 | Aeropostale West | Aero West | 3 | 883 |
| First Interstate | 4010046359 | Aeropostale West | Aero West | 3 | 1014 |
| First National Bank | 5103593 | Aeropostale Inc. | Aero Inc. | 1 | 683 |
| First National Bank | 11129163 | Aeropostale Inc. | Aero Inc. | 1 | 841 |
| First National Bank of Colorado | 901001617 | Aeropostale West | Aero West | 3 | 694 |
| First National of Mercerburg | 7400672 | Aeropostale Inc. | Aero Inc. | 1 | 976 |
| First Niagara | 543-04291-0 | Aeropostale Inc. | Aero Inc. | 1 | 89 |
| First Niagara | 0985952961 | Aeropostale Inc. | Aero Inc. | 1 | 105 |
| First Niagara | 496-18850-0 | Aeropostale Inc. | Aero Inc. | 1 | 139 |
| First Niagara | 7900866620 | Aeropostale Inc. | Aero Inc. | 1 | 167 |
| First Sentry | 0132063 | Aeropostale Inc. | Aero Inc. | 1 | 532 |
| First Tennessee Bank | 100282250 | Aeropostale Inc. | Aero Inc. | 1 | 124 |
| First Tennessee Bank | 100187093 | Aeropostale Inc. | Aero Inc. | 1 | 230 |
| First Tennessee Bank | 187964848 | Aeropostale Inc. | Aero Inc. | 1 | 243 |
| First Tennessee Bank | 100172090 | Aeropostale Inc. | Aero Inc. | 1 | 593 |
| First Tennessee Bank | 183356678 | Aeropostale Inc. | Aero Inc. | 1 | 389 |
| First Tennessee Bank | 102858628 | Aeropostale Inc. | Aero Inc. | 1 | 470 |
| First Tennessee Bank | 100497707 | Aeropostale Inc. | Aero Inc. | 1 | 77 |
| First Westroads Bank | 158813 | Aeropostale Inc. | Aero Inc. | 1 | 292 |
| FirstMerit | 00005141005243 | Aeropostale Inc. | Aero Inc. | 1 | 1040 |
| Frost Bank | 420014729 | Aeropostale Inc. | Aero Inc. | 1 | 589 |
| Frost Bank | 420009083 | P.S. from Aeropostale | Aero PS | 5 | 3226 |
| Frost Bank | 420003239 | Aeropostale Inc. | Aero Inc. | 1 | 492 |
| Frost Bank | 870008362 | Aeropostale Inc. | Aero Inc. | 1 | 526 |
| Frost Bank | 600006866 | Aeropostale Inc. | Aero Inc. | 1 | 471 |
| Hamilton State Bank | 00970962 | P.S. from Aeropostale | Aero PS | 5 | 3254 |
| Hamilton State Bank | 00951244 | Aeropostale Inc. | Aero Inc. | 1 | 824 |
| Hancock Bank | 4328837 | Aeropostale Inc. | Aero Inc. | 1 | 634 |
| Hancock Bank | 042444399 | Aeropostale Inc. | Aero Inc. | 1 | 886 |
| Harris Bank | 3620059395 | Aeropostale Inc. | Aero Inc. | 1 | 719 |
| Harris Bank | 4817580356 | Aeropostale Inc. | Aero Inc. | 1 | 804 |
| Hickory Point Bank | 39381 | Aeropostale Inc. | Aero Inc. | 1 | 920 |
| Huntington Bank | 01100114219 | Aeropostale Inc. | Aero Inc. | 1 | 1047 |
| Huntington Bank | 01182029982 | Aeropostale Inc. | Aero Inc. | 1 | 454 |
| Huntington Bank | 01099714584 | Aeropostale Inc. | Aero Inc. | 1 | 457 |
| Huntington Bank | 01892147837 | Aeropostale Inc. | Aero Inc. | 1 | 590 |

7

| Bank Name | Bank Account Number | Legal Entity | Legal Entity Abbreviation | Company Number | Store Number |
|---|---|---|---|---|---|
| Huntington National Bank | 01559612032 | Aeropostale Inc. | Aero Inc. | 1 | 85 |
| Huntington National Bank | 01589705443 | Aeropostale Inc. | Aero Inc. | 1 | 103 |
| Huntington National Bank | 01382293725 | Aeropostale Inc. | Aero Inc. | 1 | 113 |
| Huntington National Bank | 01409704689 | Aeropostale Inc. | Aero Inc. | 1 | 114 |
| Huntington National Bank | 01479759046 | Aeropostale Inc. | Aero Inc. | 1 | 227 |
| Huntington National Bank | 01892176170 | Aeropostale Inc. | Aero Inc. | 1 | 307 |
| Huntington National Bank | 01409718206 | Aeropostale Inc. | Aero Inc. | 1 | 333 |
| Huntington National Bank | 01269718064 | Aeropostale Inc. | Aero Inc. | 1 | 548 |
| IBC Bank | 10603801 | Aeropostale Inc. | Aero Inc. | 1 | 565 |
| IBC Bank | 6001665699 | Aeropostale Inc. | Aero Inc. | 1 | 675 |
| IBC Bank | 6001376794 | Aeropostale Inc. | Aero Inc. | 1 | 697 |
| IBC Bank | 6002682090 | Aeropostale Inc. | Aero Inc. | 1 | 1029 |
| IBC Bank | 2112695835 | P.S. from Aeropostale | Aero PS | 5 | 3269 |
| IBC Bank | 1600990177 | Aeropostale Inc. | Aero Inc. | 1 | 557 |
| IBC Bank | 1600753124 | Aeropostale Inc. | Aero Inc. | 1 | 584 |
| IBC Bank | 6000929854 | Aeropostale Inc. | Aero Inc. | 1 | 728 |
| IBC Bank | 6002686711 | Aeropostale Inc. | Aero Inc. | 1 | 737 |
| IBC Bank | 6002566791 | Aeropostale Inc. | Aero Inc. | 1 | 773 |
| IBC Bank | 2110353546 | Aeropostale Inc. | Aero Inc. | 1 | 888 |
| IBC Bank | 6002570152 | Aeropostale Inc. | Aero Inc. | 1 | 948 |
| IBC Bank | 6001017115 | Aeropostale Inc. | Aero Inc. | 1 | 807 |
| JP Morgan Chase | 4463363253 | Aeropostale West | Aero West | 3 | 22 |
| JP Morgan Chase | 9362297917 | Aeropostale Inc. | Aero Inc. | 1 | 30 |
| JP Morgan Chase | 936-223682-4 | Aeropostale Inc. | Aero Inc. | 1 | 52 |
| JP Morgan Chase | 507283591 | Aeropostale Inc. | Aero Inc. | 1 | 93 |
| JP Morgan Chase | 1802135897 | Aeropostale Inc. | Aero Inc. | 1 | 99 |
| JP Morgan Chase | 507280175 | Aeropostale Inc. | Aero Inc. | 1 | 100 |
| JP Morgan Chase | 626369656 | Aeropostale Inc. | Aero Inc. | 1 | 123 |
| JP Morgan Chase | 6702465956 | Aeropostale Inc. | Aero Inc. | 1 | 136 |
| JP Morgan Chase | 375001236344 | Aeropostale Inc. | Aero Inc. | 1 | 146 |
| JP Morgan Chase | 1115000291558 | Aeropostale Inc. | Aero Inc. | 1 | 147 |
| JP Morgan Chase | 631334919 | Aeropostale Inc. | Aero Inc. | 1 | 159 |
| JP Morgan Chase | 212219761 | Aeropostale Inc. | Aero Inc. | 1 | 166 |
| JP Morgan Chase | 690-1588161 | Aeropostale Inc. | Aero Inc. | 1 | 174 |
| JP Morgan Chase | 650772627 | Aeropostale Inc. | Aero Inc. | 1 | 198 |
| JP Morgan Chase | 628360265 | Aeropostale Inc. | Aero Inc. | 1 | 218 |
| JP Morgan Chase | 622977890 | Aeropostale Inc. | Aero Inc. | 1 | 219 |
| JP Morgan Chase | 628863300 | Aeropostale Inc. | Aero Inc. | 1 | 246 |
| JP Morgan Chase | 758663835 | Aeropostale Inc. | Aero Inc. | 1 | 293 |
| JP Morgan Chase | 265000420876 | Aeropostale Inc. | Aero Inc. | 1 | 367 |
| JP Morgan Chase | 428873348 | Aeropostale Inc. | Aero Inc. | 1 | 396 |
| JP Morgan Chase | 618549489 | Aeropostale Inc. | Aero Inc. | 1 | 397 |
| JP Morgan Chase | 638831313 | Aeropostale Inc. | Aero Inc. | 1 | 479 |
| JP Morgan Chase | 188283972 | Aeropostale Inc. | Aero Inc. | 1 | 509 |
| JP Morgan Chase | 648734317 | Aeropostale Inc. | Aero Inc. | 1 | 529 |
| JP Morgan Chase | 638711085 | Aeropostale Inc. | Aero Inc. | 1 | 546 |
| JP Morgan Chase | 635615149 | Aeropostale Inc. | Aero Inc. | 1 | 563 |
| JP Morgan Chase | 958170409 | Aeropostale Inc. | Aero Inc. | 1 | 631 |
| JP Morgan Chase | 665338851 | Aeropostale West | Aero West | 3 | 652 |
| JP Morgan Chase | 649435898 | Aeropostale Inc. | Aero Inc. | 1 | 661 |
| JP Morgan Chase | 655754257 | Aeropostale Inc. | Aero Inc. | 1 | 676 |
| JP Morgan Chase | 712115468 | Aeropostale Inc. | Aero Inc. | 1 | 686 |
| JP Morgan Chase | 663526767365 | Aeropostale Inc. | Aero Inc. | 1 | 701 |
| JP Morgan Chase | 1591265382 | Aeropostale Inc. | Aero Inc. | 1 | 724 |
| JP Morgan Chase | 659829154 | Aeropostale Inc. | Aero Inc. | 1 | 770 |
| JP Morgan Chase | 686093964 | Aeropostale Inc. | Aero Inc. | 1 | 810 |
| JP Morgan Chase | 698269479 | Aeropostale West | Aero West | 3 | 813 |
| JP Morgan Chase | 428287697 | Aeropostale Inc. | Aero Inc. | 1 | 832 |
| JP Morgan Chase | 4213343538 | Aeropostale West | Aero West | 3 | 834 |
| JP Morgan Chase | 721665396 | Aeropostale Inc. | Aero Inc. | 1 | 842 |

8

| Bank Name | Bank Account Number | Legal Entity | Legal Entity Abbreviation | Company Number | Store Number |
|---|---|---|---|---|---|
| JP Morgan Chase | 711601740 | Aeropostale Inc. | Aero Inc. | 1 | 854 |
| JP Morgan Chase | 711260265 | Aeropostale West | Aero West | 3 | 856 |
| JP Morgan Chase | 721318319 | Aeropostale Inc. | Aero Inc. | 1 | 872 |
| JP Morgan Chase | 789770211 | Aeropostale Inc. | Aero Inc. | 1 | 904 |
| JP Morgan Chase | 744446436 | Aeropostale Inc. | Aero Inc. | 1 | 905 |
| JP Morgan Chase | 181026682 | Aeropostale West | Aero West | 3 | 915 |
| JP Morgan Chase | 703779926 | Aeropostale Inc. | Aero Inc. | 1 | 933 |
| JP Morgan Chase | 849084033 | Aeropostale Inc. | Aero Inc. | 1 | 936 |
| JP Morgan Chase | 4463361778 | Aeropostale West | Aero West | 3 | 942 |
| JP Morgan Chase | 758663454 | Aeropostale Inc. | Aero Inc. | 1 | 945 |
| JP Morgan Chase | 754440899 | Aeropostale Inc. | Aero Inc. | 1 | 973 |
| JP Morgan Chase | 789838620 | Aeropostale Inc. | Aero Inc. | 1 | 996 |
| JP Morgan Chase | 163739550 | Aeropostale West | Aero West | 3 | 1018 |
| JP Morgan Chase | 790122105 | Aeropostale Inc. | Aero Inc. | 1 | 1042 |
| JP Morgan Chase | 790154777 | Aeropostale Inc. | Aero Inc. | 1 | 1046 |
| JP Morgan Chase | 849081864 | Aeropostale Inc. | Aero Inc. | 1 | 1049 |
| JP Morgan Chase | 816483242 | Aeropostale West | Aero West | 3 | 1059 |
| JP Morgan Chase | 622685118 | Aeropostale Inc. | Aero Inc. | 1 | 1128 |
| JP Morgan Chase | 921247516 | P.S. from Aeropostale | Aero PS | 5 | 3255 |
| JP Morgan Chase | 185010152782 | Aeropostale Inc. | Aero Inc. | 1 | 157 |
| JP Morgan Chase | 1595686591 | Aeropostale Inc. | Aero Inc. | 1 | 442 |
| JP Morgan Chase | 642461107 | Aeropostale Inc. | Aero Inc. | 1 | 726 |
| JP Morgan Chase | 699951133 | Aeropostale Inc. | Aero Inc. | 1 | 776 |
| JP Morgan Chase | 231635361 | Aeropostale West | Aero West | 3 | 1114 |
| JP Morgan Chase | 596260708 | Aeropostale Inc. | Aero Inc. | 1 | 1127 |
| Key Bank | 329681204460 | Aeropostale Inc. | Aero Inc. | 1 | 184 |
| Key Bank | 121001172 | Aeropostale Inc. | Aero Inc. | 1 | 62 |
| Key Bank | 325630001130 | Aeropostale Inc. | Aero Inc. | 1 | 87 |
| Key Bank | 428297792 | Aeropostale Inc. | Aero Inc. | 1 | 109 |
| Key Bank | 354481001379 | Aeropostale Inc. | Aero Inc. | 1 | 190 |
| Key Bank | 350281006717 | Aeropostale Inc. | Aero Inc. | 1 | 214 |
| Key Bank | 351311001116 | Aeropostale Inc. | Aero Inc. | 1 | 286 |
| Key Bank | 327210043243 | Aeropostale Inc. | Aero Inc. | 1 | 312 |
| Key Bank | 473621006252 | Aeropostale West | Aero West | 3 | 535 |
| Key Bank | 440280007483 | Aeropostale West | Aero West | 3 | 782 |
| Key Bank | 769681055661 | Aeropostale West | Aero West | 3 | 960 |
| Key Bank | 0000956613 | Aeropostale Inc. | Aero Inc. | 1 | 27 |
| Key Bank | 352391002131 | Aeropostale Inc. | Aero Inc. | 1 | 355 |
| Key Bank | 145071000346 | Aeropostale Inc. | Aero Inc. | 1 | 116 |
| Lafayette Bank and Trust | 0000147729 | Aeropostale Inc. | Aero Inc. | 1 | 175 |
| Legacy Bank of Texas | 0903625 | Aeropostale Inc. | Aero Inc. | 1 | 485 |
| Liberty Bank | 417087209 | Aeropostale Inc. | Aero Inc. | 1 | 712 |
| Liberty Federal Savings & Loan Ass. | 48940165 | Aeropostale Inc. | Aero Inc. | 1 | 271 |
| Lone Star National Bank | 1725003368 | Aeropostale Inc. | Aero Inc. | 1 | 882 |
| M & I Bank | 0000701503 | Aeropostale Inc. | Aero Inc. | 1 | 366 |
| M & I Bank | 23119987 | Aeropostale Inc. | Aero Inc. | 1 | 522 |
| M & T Bank | 16483836 | Aeropostale Inc. | Aero Inc. | 1 | 34 |
| M & T Bank | 9830060324 | Aeropostale Inc. | Aero Inc. | 1 | 43 |
| M & T Bank | 12617171 | Aeropostale Inc. | Aero Inc. | 1 | 158 |
| M & T Bank | 8890700027 | Aeropostale Inc. | Aero Inc. | 1 | 512 |
| M & T Bank | 9841476485 | Aeropostale Inc. | Aero Inc. | 1 | 519 |
| M & T Bank | 9835051658 | Aeropostale Inc. | Aero Inc. | 1 | 690 |
| M & T Bank | 9836884164 | Aeropostale Inc. | Aero Inc. | 1 | 739 |
| M & T Bank | 9849205464 | Aeropostale Inc. | Aero Inc. | 1 | 120 |
| M & T Bank | 9839218626 | Aeropostale Inc. | Aero Inc. | 1 | 140 |
| M & T Bank | 090782624 | Aeropostale Inc. | Aero Inc. | 1 | 169 |
| M & T Bank | 9847417079 | Aeropostale Inc. | Aero Inc. | 1 | 578 |
| M & T Bank | 9853039981 | Aeropostale Inc. | Aero Inc. | 1 | 943 |
| M & T Bank | 9853039239 | Aeropostale Inc. | Aero Inc. | 1 | 1118 |

9

| Bank Name | Bank Account Number | Legal Entity | Legal Entity Abbreviation | Company Number | Store Number |
|---|---|---|---|---|---|
| M & T Bank | 28662521 | Aeropostale Inc. | Aero Inc. | 1 | 91 |
| M & T Bank | 2746-7342 | Aeropostale Inc. | Aero Inc. | 1 | 172 |
| M & T Trust Company | 9830930138 | Aeropostale Inc. | Aero Inc. | 1 | 368 |
| Main Source Bank | 0005031126 | Aeropostale Inc. | Aero Inc. | 1 | 713 |
| MB Financial | 4700017345 | Aeropostale Inc. | Aero Inc. | 1 | 1101 |
| Metropolitan Bank | 0266604 | Aeropostale Inc. | Aero Inc. | 1 | 876 |
| MidSouth Bank | 1109774 | Aeropostale Inc. | Aero Inc. | 1 | 596 |
| Monroe Bank & Trust | 114003284 | Aeropostale Inc. | Aero Inc. | 1 | 716 |
| NBT | 3001020647 | Aeropostale Inc. | Aero Inc. | 1 | 935 |
| Northway Bank | 5061445 | Aeropostale Inc. | Aero Inc. | 1 | 907 |
| Northwest Savings Bank | 1246009268 | Aeropostale Inc. | Aero Inc. | 1 | 571 |
| Old National Bank | 354738151 | Aeropostale Inc. | Aero Inc. | 1 | 220 |
| Old National Bank | 114155829 | Aeropostale Inc. | Aero Inc. | 1 | 221 |
| Peoples United | 015968133 | Aeropostale Inc. | Aero Inc. | 1 | 378 |
| Peoples United | 063018880 | Aeropostale Inc. | Aero Inc. | 1 | 609 |
| Pinnacle | 2200545 | Aeropostale Inc. | Aero Inc. | 1 | 268 |
| Plains Capital Bank | 1100048063 | P.S. from Aeropostale | Aero PS | 5 | 3371 |
| Plains Capital Bank | 1400000640 | Aeropostale Inc. | Aero Inc. | 1 | 587 |
| PNC Bank | 8003057375 | Aeropostale Inc. | Aero Inc. | 1 | 49 |
| PNC Bank | 1131235891 | Aeropostale Inc. | Aero Inc. | 1 | 201 |
| PNC Bank | 1130419728 | Aeropostale Inc. | Aero Inc. | 1 | 274 |
| PNC Bank | 5111583336 | Aeropostale Inc. | Aero Inc. | 1 | 583 |
| PNC Bank | 1136512886 | Aeropostale Inc. | Aero Inc. | 1 | 762 |
| PNC Bank | 8001597511 | Aeropostale Inc. | Aero Inc. | 1 | 23 |
| PNC Bank | 86-1010-8146 | Aeropostale Inc. | Aero Inc. | 1 | 92 |
| PNC Bank | 8108642634 | Aeropostale Inc. | Aero Inc. | 1 | 129 |
| PNC Bank | 8102965846 | Aeropostale Inc. | Aero Inc. | 1 | 134 |
| PNC Bank | 56-5152-7052 | Aeropostale Inc. | Aero Inc. | 1 | 152 |
| PNC Bank | 1138255131 | Aeropostale Inc. | Aero Inc. | 1 | 215 |
| PNC Bank | 1138251237 | Aeropostale Inc. | Aero Inc. | 1 | 257 |
| PNC Bank | 5321657786 | Aeropostale Inc. | Aero Inc. | 1 | 285 |
| PNC Bank | 1131257409 | Aeropostale Inc. | Aero Inc. | 1 | 335 |
| PNC Bank | 1138238681 | Aeropostale Inc. | Aero Inc. | 1 | 338 |
| PNC Bank | 1136518938 | Aeropostale Inc. | Aero Inc. | 1 | 346 |
| PNC Bank | 9009481243 | Aeropostale Inc. | Aero Inc. | 1 | 462 |
| PNC Bank | 1136046213 | Aeropostale Inc. | Aero Inc. | 1 | 490 |
| PNC Bank | 5585160247 | Aeropostale Inc. | Aero Inc. | 1 | 491 |
| PNC Bank | 1131755504 | Aeropostale Inc. | Aero Inc. | 1 | 507 |
| PNC Bank | 1138154912 | Aeropostale Inc. | Aero Inc. | 1 | 511 |
| PNC Bank | 1138254999 | Aeropostale Inc. | Aero Inc. | 1 | 653 |
| PNC Bank | 8027772365 | Aeropostale Inc. | Aero Inc. | 1 | 740 |
| PNC Bank | 1131752151 | Aeropostale Inc. | Aero Inc. | 1 | 750 |
| PNC Bank | 9009701912 | Aeropostale Inc. | Aero Inc. | 1 | 802 |
| PNC Bank | 5004806995 | Aeropostale Inc. | Aero Inc. | 1 | 870 |
| PNC Bank | 5323392849 | Aeropostale Inc. | Aero Inc. | 1 | 901 |
| PNC Bank | 1028886928 | Aeropostale Inc. | Aero Inc. | 1 | 1082 |
| PNC Bank | 5300777025 | Aeropostale Inc. | Aero Inc. | 1 | 228 |
| Premier Bank | 361001121 | Aeropostale Inc. | Aero Inc. | 1 | 651 |
| Prosperity Bank | 6087691 | Aeropostale Inc. | Aero Inc. | 1 | 964 |
| Queenstown Bank of Maryland | 0469786901 | Aeropostale Inc. | Aero Inc. | 1 | 891 |
| Regions Bank | 1004828902 | Aeropostale Inc. | Aero Inc. | 1 | 239 |
| Regions Bank | 0031997171 | Aeropostale Inc. | Aero Inc. | 1 | 467 |
| Regions Bank | 193732430 | Aeropostale Inc. | Aero Inc. | 1 | 642 |
| Regions Bank | 55950930 | Aeropostale Inc. | Aero Inc. | 1 | 671 |
| Regions Bank | 49647865 | Aeropostale Inc. | Aero Inc. | 1 | 765 |
| Regions Bank | 2500084580 | Aeropostale Inc. | Aero Inc. | 1 | 785 |
| Regions Bank | 0046995439 | Aeropostale Inc. | Aero Inc. | 1 | 809 |
| Regions Bank | 50505890 | Aeropostale Inc. | Aero Inc. | 1 | 827 |
| Regions Bank | 0217105366 | Aeropostale Inc. | Aero Inc. | 1 | 830 |
| Regions Bank | 0081651465 | Aeropostale Inc. | Aero Inc. | 1 | 972 |

WEIL:\95641331\11\11727.0012

| Bank Name | Bank Account Number | Legal Entity | Legal Entity Abbreviation | Company Number | Store Number |
|---|---|---|---|---|---|
| Regions Bank | 0080525830 | Aeropostale Inc. | Aero Inc. | 1 | 988 |
| Regions Bank | 0156027869 | Aeropostale Inc. | Aero Inc. | 1 | 1106 |
| Regions Bank | 0071071458 | Aeropostale Inc. | Aero Inc. | 1 | 272 |
| Regions Bank | 8700036627 | Aeropostale Inc. | Aero Inc. | 1 | 385 |
| Regions Bank | 6901209632 | Aeropostale Inc. | Aero Inc. | 1 | 451 |
| Regions Bank | 2300856237 | Aeropostale Inc. | Aero Inc. | 1 | 531 |
| Regions Bank | 0036767611 | Aeropostale Inc. | Aero Inc. | 1 | 582 |
| Regions Bank | 8041022342 | Aeropostale Inc. | Aero Inc. | 1 | 662 |
| Regions bank | 8145244714 | Aeropostale Inc. | Aero Inc. | 1 | 820 |
| Regions Bank | 8020663212 | Aeropostale Inc. | Aero Inc. | 1 | 840 |
| Regions Bank | 0305014522 | Aeropostale Inc. | Aero Inc. | 1 | 889 |
| Salem Five Bank | 0898101621 | Aeropostale Inc. | Aero Inc. | 1 | 50 |
| Santander | 2421091160 | Aeropostale Inc. | Aero Inc. | 1 | 102 |
| South State | 10148997 | Aeropostale Inc. | Aero Inc. | 1 | 859 |
| SouthBank | 1810310266 | Aeropostale Inc. | Aero Inc. | 1 | 577 |
| Southern Michigan Bank & Trust | 307016634 | Aeropostale Inc. | Aero Inc. | 1 | 466 |
| Sovereign Bank | 13300037531 | Aeropostale Inc. | Aero Inc. | 1 | 287 |
| Sovereign Bank | 571148298 | Aeropostale Inc. | Aero Inc. | 1 | 337 |
| Sovereign Bank | 0221146156 | Aeropostale Inc. | Aero Inc. | 1 | 349 |
| Sovereign Bank | 59904949787 | Aeropostale Inc. | Aero Inc. | 1 | 815 |
| Star Financial | 11053978 | Aeropostale Inc. | Aero Inc. | 1 | 646 |
| SunTrust Bank | 1000185993523 | Aeropostale Inc. | Aero Inc. | 1 | 1138 |
| SunTrust Bank | 1000103952833 | Aeropostale Inc. | Aero Inc. | 1 | 188 |
| SunTrust Bank | 1000106537300 | Aeropostale Inc. | Aero Inc. | 1 | 1075 |
| SunTrust Bank | 1000133872142 | P.S. from Aeropostale | Aero PS | 5 | 3264 |
| SunTrust Bank | 1000133872175 | Aeropostale Inc. | Aero Inc. | 1 | 1104 |
| SunTrust Bank | 0039004023668 | Aeropostale Inc. | Aero Inc. | 1 | 162 |
| SunTrust Bank | 1000001908002 | Aeropostale Inc. | Aero Inc. | 1 | 494 |
| SunTrust Bank | 1000012357124 | Aeropostale Inc. | Aero Inc. | 1 | 528 |
| SunTrust Bank | 1000015965923 | Aeropostale Inc. | Aero Inc. | 1 | 545 |
| SunTrust Bank | 1000016558008 | Aeropostale Inc. | Aero Inc. | 1 | 594 |
| SunTrust Bank | 100-0016180183 | Aeropostale Inc. | Aero Inc. | 1 | 608 |
| SunTrust Bank | 1000050591600 | Aeropostale Inc. | Aero Inc. | 1 | 868 |
| SunTrust Bank | 1000054288401 | Aeropostale Inc. | Aero Inc. | 1 | 911 |
| SunTrust Bank | 1000061579016 | Aeropostale Inc. | Aero Inc. | 1 | 921 |
| Susquehanna | 10007102501 | P.S. from Aeropostale | Aero PS | 5 | 3218 |
| TCF National Bank | 9439504002 | Aeropostale Inc. | Aero Inc. | 1 | 244 |
| TCF National Bank | 1864389511 | Aeropostale Inc. | Aero Inc. | 1 | 303 |
| TD Bank | 4276712879 | Aeropostale Inc. | Aero Inc. | 1 | 66 |
| TD Bank | 4251870551 | Aeropostale Inc. | Aero Inc. | 1 | 144 |
| TD Bank | 100046266 | Aeropostale Inc. | Aero Inc. | 1 | 90 |
| TD Bank | 8249102314 | Aeropostale Inc. | Aero Inc. | 1 | 112 |
| TD Bank | 138003547 | Aeropostale Inc. | Aero Inc. | 1 | 200 |
| TD Bank | 9245836121 | Aeropostale Inc. | Aero Inc. | 1 | 236 |
| TD Bank | 7857287697 | Aeropostale Inc. | Aero Inc. | 1 | 640 |
| TD Bank | 9241453937 | Aeropostale Inc. | Aero Inc. | 1 | 790 |
| TD Bank | 0002364826 | Aeropostale Inc. | Aero Inc. | 1 | 37 |
| TD Bank | 902-9308312 | Aeropostale Inc. | Aero Inc. | 1 | 176 |
| TD Bank | 7855020074 | Aeropostale Inc. | Aero Inc. | 1 | 395 |
| Texas Bank & Trust | 463825 | Aeropostale Inc. | Aero Inc. | 1 | 798 |
| The Bank of Delmarva | 1900810 | Aeropostale Inc. | Aero Inc. | 1 | 493 |
| Town & Country Bank | 5943614 | Aeropostale Inc. | Aero Inc. | 1 | 319 |
| Towne Bank | 8024189631 | Aeropostale Inc. | Aero Inc. | 1 | 536 |
| Tri Counties Bank | 092046746 | Aeropostale West | Aero West | 3 | 637 |
| Trust Mark | 1002072528 | Aeropostale Inc. | Aero Inc. | 1 | 602 |
| Trust Mark | 0194148300 | Aeropostale Inc. | Aero Inc. | 1 | 1122 |
| Trustco Bank | 31214510 | Aeropostale Inc. | Aero Inc. | 1 | 248 |
| Trustco Bank | 32288312 | Aeropostale Inc. | Aero Inc. | 1 | 949 |
| Tuscola National | 63541 | Aeropostale Inc. | Aero Inc. | 1 | 1096 |
| UMB Bank | 6700582697 | Aeropostale West | Aero West | 3 | 537 |

11

| Bank Name | Bank Account Number | Legal Entity | Legal Entity Abbreviation | Company Number | Store Number |
|---|---|---|---|---|---|
| UMB Bank | 9871333299 | Aeropostale Inc. | Aero Inc. | 1 | 448 |
| Union Bank of California | 4601798442 | Aeropostale West | Aero West | 3 | 817 |
| Union State Bank | 479931105 | Aeropostale Inc. | Aero Inc. | 1 | 604 |
| United Bank | 0070104419 | Aeropostale Inc. | Aero Inc. | 1 | 763 |
| United Community Bank | 2063109603 | Aeropostale Inc. | Aero Inc. | 1 | 786 |
| United Community Bank | 2036126916 | Aeropostale Inc. | Aero Inc. | 1 | 800 |
| United National Bank | 43215864 | Aeropostale Inc. | Aero Inc. | 1 | 242 |
| United National Bank | 0043369799 | Aeropostale Inc. | Aero Inc. | 1 | 317 |
| US Bank | 153910708095 | Aeropostale Inc. | Aero Inc. | 1 | 204 |
| US Bank | 153910718391 | Aeropostale Inc. | Aero Inc. | 1 | 265 |
| US Bank | 153910717963 | Aeropostale Inc. | Aero Inc. | 1 | 300 |
| US Bank | 153910716627 | Aeropostale Inc. | Aero Inc. | 1 | 687 |
| US Bank | 153911080155 | Aeropostale West | Aero West | 3 | 731 |
| US Bank | 153910703724 | Aeropostale West | Aero West | 3 | 1053 |
| US Bank | 153910347050 | Aeropostale West | Aero West | 3 | 1074 |
| US Bank | 153910949814 | Aeropostale Inc. | Aero Inc. | 1 | 41 |
| US Bank | 153910159687 | Aeropostale Inc. | Aero Inc. | 1 | 133 |
| US Bank | 153910328316 | Aeropostale Inc. | Aero Inc. | 1 | 306 |
| US Bank | 153910159794 | Aeropostale Inc. | Aero Inc. | 1 | 308 |
| US Bank | 153910159802 | Aeropostale Inc. | Aero Inc. | 1 | 314 |
| US Bank | 153910159695 | Aeropostale Inc. | Aero Inc. | 1 | 330 |
| US Bank | 153910159810 | Aeropostale Inc. | Aero Inc. | 1 | 340 |
| US Bank | 153910159786 | Aeropostale Inc. | Aero Inc. | 1 | 380 |
| US Bank | 153910159778 | Aeropostale Inc. | Aero Inc. | 1 | 384 |
| US Bank | 153910159752 | Aeropostale Inc. | Aero Inc. | 1 | 469 |
| US Bank | 153910159737 | Aeropostale Inc. | Aero Inc. | 1 | 489 |
| US Bank | 153910159661 | Aeropostale West | Aero West | 3 | 592 |
| US Bank | 153910159844 | Aeropostale Inc. | Aero Inc. | 1 | 598 |
| US Bank | 153910159679 | Aeropostale West | Aero West | 3 | 641 |
| US Bank | 153910159869 | Aeropostale Inc. | Aero Inc. | 1 | 700 |
| US Bank | 153910180469 | Aeropostale Inc. | Aero Inc. | 1 | 772 |
| US Bank | 153910180477 | Aeropostale West | Aero West | 3 | 783 |
| US Bank | 153910324158 | Aeropostale Inc. | Aero Inc. | 1 | 950 |
| US Bank | 153910349908 | Aeropostale Inc. | Aero Inc. | 1 | 955 |
| US Bank | 153910342440 | Aeropostale Inc. | Aero Inc. | 1 | 1025 |
| Wachovia | 2000022993216 | Aeropostale Inc. | Aero Inc. | 1 | 28 |
| Wachovia | 2000022993216 | Aeropostale Inc. | Aero Inc. | 1 | 46 |
| Wachovia | 2000022993216 | Aeropostale Inc. | Aero Inc. | 1 | 84 |
| Wachovia | 2000022993216 | Aeropostale Inc. | Aero Inc. | 1 | 131 |
| Wachovia | 2000022993216 | Aeropostale Inc. | Aero Inc. | 1 | 240 |
| Wachovia | 2000022993216 | Aeropostale Inc. | Aero Inc. | 1 | 262 |
| Wachovia | 2000022993216 | Aeropostale Inc. | Aero Inc. | 1 | 282 |
| Wachovia | 2000022993216 | Aeropostale Inc. | Aero Inc. | 1 | 316 |
| Wachovia | 2000022993216 | Aeropostale Inc. | Aero Inc. | 1 | 363 |
| Wachovia | 2000022993216 | Aeropostale Inc. | Aero Inc. | 1 | 482 |
| Wachovia | 2000022993216 | Aeropostale Inc. | Aero Inc. | 1 | 483 |
| Wachovia | 2000022993216 | Aeropostale Inc. | Aero Inc. | 1 | 484 |
| Wachovia | 2000022993216 | Aeropostale Inc. | Aero Inc. | 1 | 487 |
| Wachovia | 2000022993216 | Aeropostale Inc. | Aero Inc. | 1 | 527 |
| Wachovia | 2000022993216 | Aeropostale Inc. | Aero Inc. | 1 | 553 |
| Wachovia | 2000022993216 | Aeropostale Inc. | Aero Inc. | 1 | 573 |
| Wachovia | 2000022993216 | Aeropostale Inc. | Aero Inc. | 1 | 574 |
| Wachovia | 2000022993216 | Aeropostale Inc. | Aero Inc. | 1 | 597 |
| Wachovia | 2000022993216 | Aeropostale Inc. | Aero Inc. | 1 | 614 |
| Wachovia | 2000022993216 | Aeropostale Inc. | Aero Inc. | 1 | 679 |
| Wachovia | 2000022993216 | Aeropostale Inc. | Aero Inc. | 1 | 695 |
| Wachovia | 2000022993216 | Aeropostale Inc. | Aero Inc. | 1 | 734 |
| Wachovia | 2000022993216 | Aeropostale Inc. | Aero Inc. | 1 | 749 |
| Wachovia | 2000022993216 | Aeropostale Inc. | Aero Inc. | 1 | 903 |
| Wachovia | 2000022993216 | Aeropostale Inc. | Aero Inc. | 1 | 926 |

12

| Bank Name | Bank Account Number | Legal Entity | Legal Entity Abbreviation | Company Number | Store Number |
|---|---|---|---|---|---|
| Wachovia | 2000022993216 | Aeropostale Inc. | Aero Inc. | 1 | 957 |
| Wachovia | 2000022993216 | Aeropostale Inc. | Aero Inc. | 1 | 980 |
| Wachovia | 2000022993216 | Aeropostale Inc. | Aero Inc. | 1 | 1024 |
| Wachovia | 2000022993216 | Aeropostale Inc. | Aero Inc. | 1 | 1026 |
| Wachovia | 2000022993216 | Aeropostale Inc. | Aero Inc. | 1 | 1051 |
| Wachovia | 2000022993216 | Aeropostale Inc. | Aero Inc. | 1 | 1061 |
| Wachovia | 2000022993216 | Aeropostale Inc. | Aero Inc. | 1 | 1070 |
| Wachovia | 2000022993216 | Aeropostale Inc. | Aero Inc. | 1 | 1079 |
| Wachovia | 2000022993216 | Aeropostale Inc. | Aero Inc. | 1 | 1088 |
| Wachovia | 2000049282201 | P.S. from Aeropostale | Aero PS | 5 | 3216 |
| Wachovia | 2000057640165 | P.S. from Aeropostale | Aero PS | 5 | 3267 |
| Wachovia | 2000057640152 | P.S. from Aeropostale | Aero PS | 5 | 3270 |
| Wachovia | 2000022993216 | Aeropostale Inc. | Aero Inc. | 1 | 75 |
| Wachovia | 2000022993216 | Aeropostale Inc. | Aero Inc. | 1 | 117 |
| Wachovia | 2000022993216 | Aeropostale Inc. | Aero Inc. | 1 | 127 |
| Wachovia | 2000022993216 | Aeropostale Inc. | Aero Inc. | 1 | 145 |
| Wachovia | 2000022993216 | Aeropostale Inc. | Aero Inc. | 1 | 148 |
| Wachovia | 2000022993216 | Aeropostale Inc. | Aero Inc. | 1 | 197 |
| Wachovia | 2000022993216 | Aeropostale Inc. | Aero Inc. | 1 | JU |
| Wachovia | 2000022993216 | Aeropostale Inc. | Aero Inc. | 1 | 301 |
| Wachovia | 2000022993216 | Aeropostale Inc. | Aero Inc. | 1 | 508 |
| Wachovia | 2000022993216 | Aeropostale Inc. | Aero Inc. | 1 | 206 |
| Wachovia | 2000022993216 | Aeropostale Inc. | Aero Inc. | 1 | 223 |
| Wachovia | 2000022993216 | Aeropostale Inc. | Aero Inc. | 1 | 291 |
| Wachovia | 2000022993216 | Aeropostale Inc. | Aero Inc. | 1 | 390 |
| Wachovia | 2000022993216 | Aeropostale Inc. | Aero Inc. | 1 | 615 |
| Wachovia | 2000022993216 | Aeropostale Inc. | Aero Inc. | 1 | 618 |
| Wachovia | 2000022993216 | Aeropostale Inc. | Aero Inc. | 1 | 752 |
| Wachovia | 2000022993216 | Aeropostale Inc. | Aero Inc. | 1 | 833 |
| Wachovia | 2000022993216 | Aeropostale Inc. | Aero Inc. | 1 | 873 |
| Wachovia | 2000022993216 | Aeropostale Inc. | Aero Inc. | 1 | 947 |
| Wachovia | 2000022993216 | Aeropostale Inc. | Aero Inc. | 1 | 959 |
| Washington Federal | 2987250368 | Aeropostale West | Aero West | 3 | 732 |
| Wayne Bank | 91008627 | Aeropostale Inc. | Aero Inc. | 1 | 347 |
| Wells Fargo | 4090236613 | Aeropostale West | Aero West | 3 | 19 |
| Wells Fargo | 4090236621 | Aeropostale Inc. | Aero Inc. | 1 | 51 |
| Wells Fargo | 4702145681 | Aeropostale Inc. | Aero Inc. | 1 | 86 |
| Wells Fargo | 4702145699 | Aeropostale West | Aero West | 3 | 104 |
| Wells Fargo | 4090236639 | Aeropostale Inc. | Aero Inc. | 1 | 108 |
| Wells Fargo | 4090236647 | Aeropostale Inc. | Aero Inc. | 1 | 137 |
| Wells Fargo | 4702145707 | Aeropostale West | Aero West | 3 | 141 |
| Wells Fargo | 4090236654 | Aeropostale Inc. | Aero Inc. | 1 | 154 |
| Wells Fargo | 4702145715 | Aeropostale Inc. | Aero Inc. | 1 | 160 |
| Wells Fargo | 4090236662 | Aeropostale Inc. | Aero Inc. | 1 | 192 |
| Wells Fargo | 4090236670 | Aeropostale Inc. | Aero Inc. | 1 | 231 |
| Wells Fargo | 4123410565 | Aeropostale Inc. | Aero Inc. | 1 | 249 |
| Wells Fargo | 4126066877 | Aeropostale Inc. | Aero Inc. | 1 | 250 |
| Wells Fargo | 4702145723 | Aeropostale Inc. | Aero Inc. | 1 | 269 |
| Wells Fargo | 4702145731 | Aeropostale Inc. | Aero Inc. | 1 | 278 |
| Wells Fargo | 4090236688 | Aeropostale Inc. | Aero Inc. | 1 | 339 |
| Wells Fargo | 4126066885 | Aeropostale Inc. | Aero Inc. | 1 | 358 |
| Wells Fargo | 4701485955 | Aeropostale Inc. | Aero Inc. | 1 | 398 |
| Wells Fargo | 4701485963 | Aeropostale Inc. | Aero Inc. | 1 | 399 |
| Wells Fargo | 4126155852 | Aeropostale Inc. | Aero Inc. | 1 | 450 |
| Wells Fargo | 4701485971 | Aeropostale Inc. | Aero Inc. | 1 | 475 |
| Wells Fargo | 4701485989 | Aeropostale Inc. | Aero Inc. | 1 | 477 |
| Wells Fargo | 4090236696 | Aeropostale West | Aero West | 3 | 481 |
| Wells Fargo | 4090236704 | Aeropostale Inc. | Aero Inc. | 1 | 515 |
| Wells Fargo | 4090236712 | Aeropostale Inc. | Aero Inc. | 1 | 550 |
| Wells Fargo | 004701486003 | Aeropostale Inc. | Aero Inc. | 1 | 558 |

13

| Bank Name | Bank Account Number | Legal Entity | Legal Entity Abbreviation | Company Number | Store Number |
|---|---|---|---|---|---|
| Wells Fargo | 4701486011 | Aeropostale Inc. | Aero Inc. | 1 | 570 |
| Wells Fargo | 4091226472 | Aeropostale West | Aero West | 3 | 572 |
| Wells Fargo | 4091226480 | Aeropostale Inc. | Aero Inc. | 1 | 575 |
| Wells Fargo | 4701486029 | Aeropostale Inc. | Aero Inc. | 1 | 580 |
| Wells Fargo | 4091226498 | Aeropostale Inc. | Aero Inc. | 1 | 581 |
| Wells Fargo | 4091226506 | Aeropostale Inc. | Aero Inc. | 1 | 591 |
| Wells Fargo | 4091226514 | Aeropostale Inc. | Aero Inc. | 1 | 605 |
| Wells Fargo | 4701486037 | Aeropostale West | Aero West | 3 | 606 |
| Wells Fargo | 4701486045 | Aeropostale West | Aero West | 3 | 612 |
| Wells Fargo | 4701156390 | Aeropostale Inc. | Aero Inc. | 1 | 621 |
| Wells Fargo | 4701156408 | Aeropostale Inc. | Aero Inc. | 1 | 623 |
| Wells Fargo | 4091226522 | Aeropostale Inc. | Aero Inc. | 1 | 624 |
| Wells Fargo | 4701156416 | Aeropostale Inc. | Aero Inc. | 1 | 628 |
| Wells Fargo | 4126135797 | Aeropostale Inc. | Aero Inc. | 1 | 644 |
| Wells Fargo | 4086277340 | Aeropostale Inc. | Aero Inc. | 1 | 649 |
| Wells Fargo | 4091226530 | Aeropostale Inc. | Aero Inc. | 1 | 663 |
| Wells Fargo | 4091226548 | Aeropostale West | Aero West | 3 | 673 |
| Wells Fargo | 4702145756 | Aeropostale Inc. | Aero Inc. | 1 | 682 |
| Wells Fargo | 4702145764 | Aeropostale Inc. | Aero Inc. | 1 | 684 |
| Wells Fargo | 4702145848 | Aeropostale Inc. | Aero Inc. | 1 | 691 |
| Wells Fargo | 4702145855 | Aeropostale Inc. | Aero Inc. | 1 | 692 |
| Wells Fargo | 4091226555 | Aeropostale Inc. | Aero Inc. | 1 | 699 |
| Wells Fargo | 4702145863 | Aeropostale Inc. | Aero Inc. | 1 | 705 |
| Wells Fargo | 4091226563 | Aeropostale West | Aero West | 3 | 717 |
| Wells Fargo | 4702145871 | Aeropostale West | Aero West | 3 | 723 |
| Wells Fargo | 4702145889 | Aeropostale Inc. | Aero Inc. | 1 | 727 |
| Wells Fargo | 4702145897 | Aeropostale Inc. | Aero Inc. | 1 | 729 |
| Wells Fargo | 4702145905 | Aeropostale West | Aero West | 3 | 735 |
| Wells Fargo | 4126066919 | Aeropostale Inc. | Aero Inc. | 1 | 742 |
| Wells Fargo | 4126135789 | Aeropostale West | Aero West | 3 | 747 |
| Wells Fargo | 4126155886 | Aeropostale Inc. | Aero Inc. | 1 | 748 |
| Wells Fargo | 4702145913 | Aeropostale Inc. | Aero Inc. | 1 | 751 |
| Wells Fargo | 4092216308 | Aeropostale Inc. | Aero Inc. | 1 | 759 |
| Wells Fargo | 4702145921 | Aeropostale Inc. | Aero Inc. | 1 | 764 |
| Wells Fargo | 4702145939 | Aeropostale Inc. | Aero Inc. | 1 | 775 |
| Wells Fargo | 4702146168 | Aeropostale West | Aero West | 3 | 777 |
| Wells Fargo | 4702146176 | Aeropostale West | Aero West | 3 | 781 |
| Wells Fargo | 4092216316 | Aeropostale Inc. | Aero Inc. | 1 | 787 |
| Wells Fargo | 4702146184 | Aeropostale West | Aero West | 3 | 791 |
| Wells Fargo | 4092216324 | Aeropostale West | Aero West | 3 | 793 |
| Wells Fargo | 4702146192 | Aeropostale Inc. | Aero Inc. | 1 | 805 |
| Wells Fargo | 4127195667 | Aeropostale West | Aero West | 3 | 806 |
| Wells Fargo | 4092216340 | Aeropostale West | Aero West | 3 | 811 |
| Wells Fargo | 4702146200 | Aeropostale West | Aero West | 3 | 812 |
| Wells Fargo | 4702146218 | Aeropostale West | Aero West | 3 | 818 |
| Wells Fargo | 4702146226 | Aeropostale Inc. | Aero Inc. | 1 | 819 |
| Wells Fargo | 4092216357 | Aeropostale West | Aero West | 3 | 826 |
| Wells Fargo | 4092216365 | Aeropostale Inc. | Aero Inc. | 1 | 831 |
| Wells Fargo | 4092216373 | Aeropostale Inc. | Aero Inc. | 1 | 836 |
| Wells Fargo | 4092216381 | Aeropostale West | Aero West | 3 | 837 |
| Wells Fargo | 4126066901 | Aeropostale West | Aero West | 3 | 838 |
| Wells Fargo | 4702146234 | Aeropostale Inc. | Aero Inc. | 1 | 843 |
| Wells Fargo | 4702146242 | Aeropostale West | Aero West | 3 | 846 |
| Wells Fargo | 4702146259 | Aeropostale Inc. | Aero Inc. | 1 | 853 |
| Wells Fargo | 4092216399 | Aeropostale West | Aero West | 3 | 855 |
| Wells Fargo | 4126135847 | Aeropostale West | Aero West | 3 | 860 |
| Wells Fargo | 4702805748 | Aeropostale Inc. | Aero Inc. | 1 | 862 |
| Wells Fargo | 4126132463 | Aeropostale Inc. | Aero Inc. | 1 | 887 |
| Wells Fargo | 4126135813 | Aeropostale Inc. | Aero Inc. | 1 | 902 |
| Wells Fargo | 4126135821 | Aeropostale West | Aero West | 3 | 906 |

14

| Bank Name | Bank Account Number | Legal Entity | Legal Entity Abbreviation | Company Number | Store Number |
|---|---|---|---|---|---|
| Wells Fargo | 4126175793 | Aeropostale Inc. | Aero Inc. | 1 | 925 |
| Wells Fargo | 4126086867 | Aeropostale West | Aero West | 3 | 927 |
| Wells Fargo | 4126106855 | Aeropostale Inc. | Aero Inc. | 1 | 929 |
| Wells Fargo | 4126175785 | Aeropostale West | Aero West | 3 | 930 |
| Wells Fargo | 4010059996 | Aeropostale West | Aero West | 3 | 937 |
| Wells Fargo | 4126175777 | Aeropostale West | Aero West | 3 | 953 |
| Wells Fargo | 4126106863 | Aeropostale West | Aero West | 3 | 954 |
| Wells Fargo | 4126175801 | Aeropostale Inc. | Aero Inc. | 1 | 961 |
| Wells Fargo | 4126086859 | Aeropostale West | Aero West | 3 | 1017 |
| Wells Fargo | 4126086875 | Aeropostale West | Aero West | 3 | 1035 |
| Wells Fargo | 4126175769 | Aeropostale West | Aero West | 3 | 1038 |
| Wells Fargo | 4126135839 | Aeropostale West | Aero West | 3 | 1054 |
| Wells Fargo | 4126086891 | Aeropostale Inc. | Aero Inc. | 1 | 1055 |
| Wells Fargo | 4126106871 | Aeropostale Inc. | Aero Inc. | 1 | 1067 |
| Wells Fargo | 4126106897 | Aeropostale Inc. | Aero Inc. | 1 | 1068 |
| Wells Fargo | 4126106848 | Aeropostale Inc. | Aero Inc. | 1 | 1071 |
| Wells Fargo | 4126106889 | Aeropostale West | Aero West | 3 | 1089 |
| Wells Fargo | 4126086883 | Aeropostale Inc. | Aero Inc. | 1 | 1105 |
| Wells Fargo | 4127175784 | Aeropostale West | Aero West | 3 | 1112 |
| Wells Fargo | 4352733570 | Aeropostale Inc. | Aero Inc. | 1 | 1115 |
| Wells Fargo | 4127175776 | Aeropostale West | Aero West | 3 | 1116 |
| Wells Fargo | 4541792081 | P.S. from Aeropostale | Aero PS | 5 | 3256 |
| Wells Fargo | 4541792107 | P.S. from Aeropostale | Aero PS | 5 | 3282 |
| Wells Fargo | 4702145673 | Aeropostale West | Aero West | 3 | 65 |
| Wells Fargo | 4974216350 | Aeropostale Inc. | Aero Inc. | 1 | 351 |
| Wells Fargo | 4126066893 | Aeropostale Inc. | Aero Inc. | 1 | 392 |
| Wells Fargo | 4126175819 | Aeropostale Inc. | Aero Inc. | 1 | 554 |
| Wells Fargo | 4126155837 | Aeropostale Inc. | Aero Inc. | 1 | 566 |
| Wells Fargo | 4126135805 | Aeropostale Inc. | Aero Inc. | 1 | 567 |
| Wells Fargo | 4126135862 | Aeropostale Inc. | Aero Inc. | 1 | 568 |
| Wells Fargo | 4126155845 | Aeropostale West | Aero West | 3 | 600 |
| Wells Fargo | 4126086842 | Aeropostale West | Aero West | 3 | 632 |
| Wells Fargo | 4126155878 | Aeropostale West | Aero West | 3 | 654 |
| Wells Fargo | 4126106798 | Aeropostale West | Aero West | 3 | 730 |
| Wells Fargo | 4126106780 | Aeropostale West | Aero West | 3 | 736 |
| Wells Fargo | 4126086800 | Aeropostale West | Aero West | 3 | 744 |
| Wells Fargo | 4126086826 | Aeropostale West | Aero West | 3 | 745 |
| Wells Fargo | 4126066869 | Aeropostale West | Aero West | 3 | 753 |
| Wells Fargo | 4126086818 | Aeropostale West | Aero West | 3 | 771 |
| Wells Fargo | 4126106814 | Aeropostale West | Aero West | 3 | 778 |
| Wells Fargo | 4126106822 | Aeropostale West | Aero West | 3 | 780 |
| Wells Fargo | 4126135870 | Aeropostale West | Aero West | 3 | 849 |
| Wells Fargo | 4126155829 | Aeropostale West | Aero West | 3 | 852 |
| Wells Fargo | 4126086792 | Aeropostale West | Aero West | 3 | 857 |
| Wells Fargo | 4126086834 | Aeropostale West | Aero West | 3 | 892 |
| Wells Fargo | 4701485997 | Aeropostale Inc. | Aero Inc. | 1 | 555 |
| Wells Fargo | 4126086909 | Aeropostale West | Aero West | 3 | 816 |
| Wells Fargo | 4091226571 | Aeropostale West | Aero West | 3 | 741 |
| Wells Fargo | 4126135854 | Aeropostale Inc. | Aero Inc. | 1 | 688 |
| Wilson Bank & Trust | 00153866 | Aeropostale Inc. | Aero Inc. | 1 | 895 |
| Wrentham Cooperative Bank | 16006470 | Aeropostale Inc. | Aero Inc. | 1 | 720 |

WEIL:\95641331\11\11727.0012

**Exhibit D**

**Cash Management System Diagram**



**ARO Bank Account Structure      Map 2 – US Store Consolidated Accounts**



WEIL:\95641331\11\11727.0012



**ARO Bank Account Structure**      **Map 3 – Canada Bank Accounts**

WEIL:\95641331\11\11727.0012