TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut
Frank A. Oswald

*Proposed Co-Counsel for Debtors
 and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AÉROPOSTALE, INC., *et al.*, | : | Case No. 16-11275 (SHL) |
| | : | |
| Debtors.[1] | : | (Joint Administration Pending) |
| | : | |

**NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF NOTICES AND OTHER DOCUMENTS**

**PLEASE TAKE NOTICE** that the undersigned hereby appears as proposed co-counsel to the debtors and debtors in possession (the "Debtors") in the above-captioned chapter 11 cases (joint administration pending), and, pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, or other documents, filed or entered in this case be given and served upon:

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: Aéropostale, Inc. (3880); Aéropostale West, Inc. (7013); Jimmy'Z Surf Co., LLC (0461); Aero GC Management LLC (4257); Aeropostale Procurement Company, Inc. (8518); Aeropostale Licensing, Inc. (8124); P.S. from Aeropostale, Inc. (5900); GoJane LLC (4923); Aeropostale Canada Corp. (N/A); Aeropostale Holdings, Inc. (7729); and Aeropostale Puerto Rico, Inc. (6477). The Debtors' corporate headquarters is located at 112 West 34th Street, 22nd Floor, New York, NY 10120.

      TOGUT, SEGAL & SEGAL LLP
      One Penn Plaza, Suite 3335
      New York, New York 10119
      Attention: Albert Togut, Esq.
           Frank A. Oswald, Esq.
      Telephone: (212) 594-5000
      Facsimile: (212) 967-4258
      Email: altogut@teamtogut.com
         frankoswald@teamtogut.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code provisions set forth above, but also includes, without limitation, orders and notices of <u>any</u> hearings, conferences, application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted, conveyed by mail, hand delivery, telephone, telegraph, telex, e-mail or otherwise.

DATED: New York, New York
     May 4, 2016

          Respectfully submitted,

          TOGUT, SEGAL & SEGAL LLP
          *Proposed Co-Counsel for Debtors*
           *and Debtors in Possession*
          By:

          /s/ Albert Togut
          ALBERT TOGUT
          FRANK A. OSWALD
          Members of the Firm
          One Penn Plaza, Suite 3335
          New York, New York 10119
          (212) 594-5000