ROBINSON BROG LEINWAND GREENE
 GENOVESE & GLUCK P.C.
875 Third Avenue, 9th Floor
New York, New York 10022
(212) 603-6300
**Fred B. Ringel**
*Attorneys for North Riverside Park*
*Associates and Causeway LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

| | |
|---|---|
| In Re: | Chapter 11<br>Case No. 16-11275 (SHL) |
| AÉROPOSTALE, INC., et al., | |
| Debtors. | Joint Administration Pending |

------------------------------------------------------X

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE,** that the undersigned hereby appears for **North Riverside Park Associates and Causeway LLC** landlords and parties in interest herein, and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. Section 1109(b), hereby demands that all notices given or required to be given in this case be given to and served upon the the following:

> Fred B. Ringel
> Robinson Brog Leinwand Greene Genovese & Gluck P.C.
> 875 Third Avenue, 9th Floor
> New York, New York 10022
> fbr@robinsonbrog.com
> Telephone: 212-603-6300
> Fax: 212-956-2164

{00790334.DOC;1 }

{00790334.DOC;1 }

**PLEASE TAKE FURTHER NOTICE,** that pursuant to 11 U.S.C. Section 1109(b), this demand shall be broadly construed to include, by way of example and not by way of limitation, all notices and papers, including, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, fax, e-mail or otherwise, which affects, or purports to affect, the estate of the above named Debtor or the property of the estate of the above named Debtor.

**DATED:**   New York, New York
May 4, 2015

                                        **ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.**
**Attorneys for North Riverside Park Associates and Causeway LLC**
875 Third Avenue, 9th Floor
New York, New York  10022
(212) 603-6309

By /s/ Fred B. Ringel
       Fred B. Ringel

{00790334.DOC;1 }

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail, via email, postage pre-paid and via the bankruptcy court's ECF system to:

Ray C. Schrock (ray.schrock@weil.com)
Garrett A. Fail (garrett.fail@weil.com)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007, P.C.
 Counsel for the Debtor

and

Albert Togut (alcourt@teamtogut.com)
Togut, Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY 10119
(212) 594-5000
Fax : (212) 967-4258
Email:

on May 4, 2016

/s/ Fred B. Ringel
Robinson Brog Leinwand Greene
Genovese & Gluck, P.C.
 875 Third Avenue, 9th Floor
 New York, New York 10022
  Tele No. 212-603-6300