Robert L. LeHane, Esq.
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
Tel:  212-808-7800
Fax:  212-808-7897
Email: rlehane@kelleydrye.com

*Attorneys for DDR Corp., Gregory Greenfield & Associates, Ltd.,*
*GGP Limited Partnership, Rouse Properties, Inc. and*
*Turnberry Associates*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| AÉROPOSTALE, INC., et al., | Case No. 16-11275 (SLH) |
| | (Joint Administration Requested) |
| Debtor. | |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF**
**PAPERS AND REQUEST TO BE ADDED TO MASTER SERVICE LIST**

PLEASE TAKE NOTICE that the undersigned appear in the above-captioned case on behalf of creditors, *DDR Corp., Gregory Greenfield & Associates, Ltd., GGP Limited Partnership, Rouse Properties, Inc. and Turnberry Associates* (collectively referred to herein as the "Landlords"), and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code, demand that all notices given or required to be given and all papers served in this case be delivered to and served upon the parties identified below at the following address and further request to be added to the Master Service List:

Robert L. LeHane, Esq.
Jennifer D. Raviele, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, New York  10178
Tel:  212-808-7800
Fax:  212-808-7897
E-mail:  KDWBankruptcyDepartment@kelleydrye.com
           rlehane@kelleydrye.com
           jraviele@kelleydrye.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive Landlords': (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or

recoupments to which the Landlords are or may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: New York, New York
      May 4, 2016

                      KELLEY DRYE & WARREN LLP

                      By: */s/ Robert L. LeHane*
                          Robert L. LeHane, Esq.
                      101 Park Avenue
                      New York, New York 10178
                      Tel: 212-808-7800
                      Fax: 212-808-7897
                      Email: rlehane@kelleydrye.com

                      *Attorneys for DDR Corp., Gregory Greenfield & Associates, Ltd., GGP Limited Partnership, Rouse Properties, Inc. and Turnberry Associates*