Ilan Markus, Esq.
Niclas A. Ferland, Esq.
LeClairRyan, a Professional Corporation
545 Long Wharf Drive, 9th Floor
New Haven, CT  06511
Telephone: (203) 672-3212
Facsimile: (203) 672-3231

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
In re:                                                      :    Chapter 11
                                                            :
**AÉROPOSTALE, INC. et al.,**                               :    Case No. 16-11275 (SLH)
                                                            :
    **Debtors.**[1]                                         :
------------------------------------------------------------X

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of **WESTFIELD, LLC** and certain of its affiliates as set forth on Schedule A attached hereto, landlords, creditors and parties-in-interest in the above-captioned case.

Pursuant to 11 U.S.C. §§ 342 and 1109(b) and Fed. R. Bankr. P. 2002 and 9010, the undersigned hereby demands that notice of all matters herein be served upon:

> Ilan Markus, Esq.
> Niclas A. Ferland, Esq.
> LeClairRyan, a Professional Corporation
> 545 Long Wharf Drive, 9th Floor
> New Haven, CT  06511
> Telephone: (203) 672-3212
> Facsimile: (203) 672-323__
> Email: ilan.markus@leclairryan.com
>             niclas.ferland@leclairryan.com

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows:  Aéropostale, Inc. (3880); Aéropostale West, Inc. (7013; Jimmy'Z Surf Co., LLC (0461); Aero GC Management LLC (4257); Aerpostale Procurement Company, Inc. (8518); Aerpostale Licensing, Inc. (8124); P.S. from Aeropostale, Inc. (5900); Go Jane LLC (4923); Aeropostale Canada Corp. (N/A); Aeropostale Holdings, Inc. (7729); and Aeropostale Puerto Rico, Inc. (6477).  The Debtors' corporate headquarters is located at 112 West 34th Street, 22nd Floor, New York, NY  10120.

PLEASE TAKE FURTHER NOTICE that demand is also hereby made for service of copies of all papers, notices, reports, pleadings, motions, applications, disclosure statements, plans and answering or reply papers in this case and in all contested matters.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby demands that the names and address set forth above be added to any short list in this case.

Dated: May 4, 2016
New Haven, Connecticut

**LeCLAIRRYAN, a Professional Corporation**

/s/ Ilan Markus, Esq.
Ilan Markus, Esq.
Niclas A. Ferland, Esq.
545 Long Wharf Drive, 9th Floor
New Haven, CT  06511
Telephone: (203) 672-3212
Facsimile: (203) 672-3231
Email: ilan.markus@leclairryan.com
       niclas.ferland@leclairryan.com

Counsel to: Westfield, LLC, and certain of its affiliates
         as set forth on Schedule A attached hereto