**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

| | | |
|---|---|---|
| In Re | § | Chapter 11 |
| | § | |
| AEROPOSTALE, INC., *et al.,* | § | Case No. 16-11275 (shl) |
| | § | |
| Debtors.[1] | § | Jointly Administered |

_____

## OBJECTION OF LIT-NORTHEND, LLC TO DEBTORS' MOTION PURSUANT TO 11 U.S.C. §365(d)(4) EXTENDING THE TIME TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY
### [Dkt No 143]

TO THE HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE:

Creditor and party-in-interest LIT-Northend, LLC ("LIT") objects to Debtors' Motion Pursuant to 11 U.S.C. §365(d)(4) Extending The Time to Assume Or Reject Unexpired Leases Of Nonresidential Real Property, and in support thereof would show as follows:

## BACKGROUND

1.      LIT is the landlord of Debtor Aeropostale, Inc. ("Debtor") for one of its distribution centers containing approximately 315,000 rentable square feet and located at 2 Brick Plant Road, South River, New Jersey 08810 (the "Premises"). The lease which forms the basis of this relationship is scheduled to expire on May 31, 2021.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows:  Aeropostale, Inc. (3880); Aeropostale West, Inc. (7013); Jimmy'Z Surf Co., LLC (0461); Aero GC Management LLC (4257); Aeropostale Procurement Company, Inc.. (8518); Aeropostale Licensing, Inc. (8124); P.S. from Aeropostale, Inc. (5900); GoJane LLC (4923); Aeropostale Canada Corp. (N/A); Aeropostale Holdings, Inc. (7729); and Aeropostale Puerto Rico, Inc. (6477).  The Debtors' corporate headquarters is located at 112 West 34th Street, 22nd Floor, New York, NY  10120.

OBJECTION OF LIT-NORTHEND, LLC TO DEBTORS' MOTION PURSUANT TO11 U.S.C. §365(D)(4) EXTENDING THE TIME TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY [DKT 143]

2.      Prior to the filing of this case, Debtor owed LIT $174,175.05 for April 2016 rent and other charges.  It tendered two checks in April for the payment of that amount, but those checks were returned without payment by Debtor's bank.

3.      Debtor remains in the Premises and its prepetition debt to LIT is approximately the aforementioned $174,175.05.  As of the filing of this objection, Debtor has not paid any post-petition rent (most notably May 2016 rent) although it is using the Premises to conduct its business.

## OBJECTION

4.      LIT objects to the requested extension because Debtor has failed to satisfy the spirit, if not the letter of the law, set forth in *In re Burger Boys,* 94 F.3d 755, 761 (2nd Cir 1996). In particular, Debtor has not paid post-petition rent in a timely manner.  The authority of *In re Stone Barn Manhattan LLC* in this jurisdiction is clear - - debtors are "responsible for the stub rent measured on a daily basis as it accrued after the date of orders for relief…" *In re Stone Barn Manhattan LLC*, 398 B.R. 359, 365 (Bankr. S.D.N.Y.2008).  Coupled with the instruction contained in 11 U.S.C. §365(d)(3) that the debtor-in-possession must timely perform all obligations, it is clear that Debtor is violating one of the primary factors in determining whether an extension should be granted - - failure to timely pay for the use of the property.

5.      Debtor has also been vague regarding a timetable for paying stub rent for May 2016.  Upon information and belief, Debtor has indicated that it may not pay this rent until July 2016.  Such a plan, if true, violates section 365(d)(3).  This court should not permit a wholesale extension of time unless Debtor commits to paying the May stub rent immediately as May will have passed by the time of the hearing on Debtor's motion.

6.      Furthermore, the LIT lease is not one of debtor's primary assets as it has hundreds of leases. Debtor has also indicated that it will present a plan to either scale down its operations or sell its business which casts into doubt whether it needs this lease for its operations.

7.      Debtor's request for an extension at the early stage of this case has not been driven by an analysis of its leases, and in particular the lease with LIT, but is a result of agreements made with its lenders on a DIP financing package which dictated milestones for the Debtors.  In other words, Debtor's request for an extension until November 30, 2016 fails to justify why an extension to this date is needed other than this is what it agreed to in the DIP financing package.  There is certainly no reason for any extension, even if supported by a justifiable need, to run past confirmation of a plan.  This extension runs over two months past that deadline.  Consequently, the time for debtor to decide whether or not to assume or reject the lease should not be extended or curtailed considerably.

8.      Alternatively, LIT should be allowed to market the Premises during any extension period since it is doubtful that its lease with Debtor will be needed in Debtor's scaled down operation.

WHEREFORE, LIT-Northend, LLC requests that the relief sought by Debtors be denied and that it have such other and further relief to which it may be entitled.

Respectfully submitted,

KESSLER & COLLINS
  A Professional Corporation


By:    /s/ Howard C. Rubin
        HOWARD C. RUBIN
        State Bar No. 17361400
        hrubin@kesslercollins.com

2100 Ross Avenue, Suite 750
Dallas, Texas 75201
(214) 379-0722 Office
(214) 373-4714 Facsimile

*ATTORNEYS FOR CREDITOR AND
PARTY-IN-INTEREST LIT-NORTHEND,
LLC*


## CERTIFICATE OF SERVICE


        I, Howard C. Rubin, hereby certify that on May 23, 2016, I caused a true and correct copy of the *Objection To Debtors' Motion Pursuant to 11 U.S.C. §365(d)(4) Extending The Time to Assume Or Reject Unexpired Leases Of Nonresidential Real Property* to be sent via the Court's ECF System to all parties registered on same, as well as by ECF service, first class mail, postage prepaid or e-mail, on the parties listed below.


                        /s/ Howard C. Rubin
                        HOWARD C. RUBIN

SERVICE LIST

Trustee, New York
75 Chapel Street
Albany, NY 12207

Garrett A Fail
Ray C Schrock
Jacqueline Marcus
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Garrett.fail@weil.com

Albert Togut
Togut Segal & Segal LLP
One Penn Plaza, Ste 3335
New York, NY 10119
alcourt@teamtogut.com

Brian S Masumoto
Office of U.S. Trustee
33 Whitehall St., 21st Floor
New York, NY 10004

Susan Arbeit
Brian Masumoto
Office of the U.S. Trustee
U.S. Federal Office Building
201 Varick St., Room 1006
New York, NY 10014

Mark E Hall
Tara J Schellhorn
Riker Danzig Scherer Hyland & Perretti
Headquarters Plaza, One Speedwell Ave.
Morristown, NJ 07962-1981
mhall@riker.com
tschellhorn@riker.com

John Dillman
Linebarger Goggan Blair & Sampson LLP
PO Box 3064
Houston, TX 77253
Houston_bankruptcy@publicans.com

Joseph E Shickich, Jr.
Riddell Williams P.S.
1001-4th Ave., Ste 4500
Seattle, WA 98154

David G Aelvoet
Linebarger Goggan Blair & Sampson, LLP
711 Navarro St., Ste 300
San Antonio, TX 78205
Sanantonio.bankruptcy@publicans.com

Herbert H Slatery III
Marvin E Clements, Jr.
Office of the Attorney General
Bankruptcy Division
PO Box 20207
Nashville, TN 37202-0207

Elizabeth Weller
Linebarger Goggan Blair & Sampson LLP
2777 N Stemmons Frwy., Ste 1000
Dallas, TX 75207
Dallas.bankruptcy@publicans.com

Lee Gordon
McCreary Veselka Bragg & Allen, PC
PO Box 1269
Round Rock, TX 78680
sonya.ragsdale@mvbalaw.com

OBJECTION OF LIT-NORTHEND, LLC TO DEBTORS' MOTION PURSUANT TO 11 U.S.C. §365(D)(4) EXTENDING
THE TIME TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY [DKT 143]

Amy M Williams
Patras Williams, LLC
14 Countryside Lane, Suite 100
Ringwood, NJ  07456
awilliams@pwjlaw.com,

Adam C. Rogoff
Robert T Schmidt
Andrew M Dove
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY  10036

William Novotny
Dickinson Wright PLLC
1850 N. Central Avenue, Ste 1400
Phoenix, AZ 85004

Rick A Steinberg
Price Meese Shulman & D'Arminio, PC
50 Tice Blvd., Ste 380
Woodcliff Lake, NJ  07677

Howard Marc Spector
Spector & Johnson, PLLC
12770 Coit Rd., Ste 1100
Dallas, TX  75251

Dustin P Branch
Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA  90067

S Stewart Smith
Belkin Burden Wenig & Goldman LLP
270 Madison Avenue
New York, NY  10016

Patrick Collins
Veronique A Urban
Farrell Fritz, P.C.
1320 RXR Plaza
Uniondale, NY  11556-1320

Robert J Feinstein
Jeffrey N Pomerantz
Bradford J Sandler
Pachulski Stang Ziehl & Jones LLP
780 Third Ave., 34th Floor
New York, NY  10017-2024

David M Blau
Paul S Magy
Clark Hill PLC
151 S Old Woodward Ave., Ste 200
Birmingham, MI  48009

Douglas J Pick
Pick & Zabicki LLP
369 Lexington Ave., 12th Floor
New York, NY  10017

Jeffrey A Wurst
Ruskin Moscou Faltischek, PC
East Tower, 15th Floor
1425 RXR Plaza
Uniondale, NY  11556-1425

Louis T DeLucia
Alyson M Fiedler
Andrew M Minear
Schiff Hardin LLP
666 Fifth Avenue
New York, NY  10103

Edward S Weisfelner
Bennett S Silverberg
Brown Rudnick LLP
Seven Times Square
New York, NY  10036

Andrew B Eckstein
Blank Rome LLP
405 Lexington Avenue
New York, NY  10174-0208
aeckstein@blankrome.com

Jason S Kim
Blank Rome LLP
2029 Century Park East, 6th Fl
Los Angeles, CA  90067
jkim@blankrome.com

Victoria A Guilfoyle
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801
Guilfoyle@blankrome.com

James A. Stempel
Robert B Ellis
Stephen Hackney
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL  60654
jstempel@kirkland.com
rellis@kirkland.com
Stephen.hackney@kirkland.com

Scott Rutsky
Jared D Zajac
Peter Antoszyk
Proskauer Rose LLP
Eleven Times Square
New York, NY  10036
srutsky@proskauer.com
jzajac@proskauer.com

Joel Charles Shapiro
Blank Rome LLP
130 North 18th Street
Philadelphia, PA  19103-6998
shapiro-JC@blankrome.com

William C Heuer
Patricia H. Heer
Duane Morris LLP
1540 Broadway
New York, NY  10036
wheuer@duanemorris.com
phheer@duanemorris.com

Bruce J Zabarauskas
Thompson & Knight LLP
900 Third Avenue, 20th Floor
New York, NY  10022
bruce.zabarauskas@tklaw.com

David S Berman
Reimer & Braunstein LLP
Three Center Plaza
Boston, MA  02108
dberman@riemerlaw.com

Jeffrey Kurtzman
Kurtzman Stead, LLC
401 S 2nd St, Suite 301
Philadelphia, PA  19147
kurtzman@kurtzmansteady.com

David L. Pollack
Ballard Spahr LLP
51st Fl-Mellons Bank Center
1735 Market Street
Philadelphia, PA  19103
Pollack@ballardspahr.com

Patrick Collins
Veronique A Urban
Farrell Fritz, PC
1320 RXR Plaza
Uniondale, NY  11556-1320
pcollins@farrellfritz.com
vurban@farrellfritz.com

Ronald Gold
Frost Brown Todd LLC
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH  45202
rgold@fbtlaw.com

Robert L LeHane
Jennifer D Raviele
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178
kdwbankruptcydepartment@kelleydrye.comm
rlehane@kelleydrye.com
jraviele@kelleydrye.com

Kevin M Newman
Menter Rudin & Trivelpiece P.C.
308 Maltbie Street, Ste 200
Syracuse, NY  13204-1439
knewman@menterlaw.com

David W Dykhouse
Patterson Belknap Webb & Tyler LLP
1133 Avenue of Americas
New York, NY  10036-6710
dwdykhouse@pbwt.com

Elizabeth Branda Calvo
Dustin L Banks
Perdue Brandon Fielder Collins & Mott
1919 S Shiloh Rd., Ste 310
Garland, TX  75042
dbanks@pbfcm.com

Richard M Meth
Fox Rothschild LLP
75 Eisenhower Parkway, Ste 200
Roseland, NJ  07068
msteen@foxrothschild.com
rmeth@foxrothschild.com

Douglas B Rosner
Vanessa P Moody
Goulston & Storrs PC
400 Atlantic Avenue
Boston, MA  02110-3333
drosner@goulstonstorrs.com
vmoody@goulstonstorrs.com

Ilan Markus
Niclas A Ferland
LeClairRyan
545 Long Wharf Drive, 9th Floor
New Haven, CT 06511
ilan.markus@leclairryan.com
niclas.ferland@leclairryan.com

David A Nold
Nold Muchinsky PLLC
10500 NE 8th Street, Ste 930
Bellevue, WA  98004
dnold@noldmuchlaw.com
bmuchinsky@noldmuchlaw.com
jgraham@noldmuchlaw.com

Elizabeth Branda Calvo
Perdue Brandon Fielder Collins & Mott
500 E Border St., Ste 640
Arlington, TX  76010
ebcalvo@pbfcm.com

Laura J Monroe
Perdue Brandon Fielder Collins & Mott
PO Box 817
Lubbock, TX  79408
lmonroe@pbfcv.com

OBJECTION OF LIT-NORTHEND, LLC TO DEBTORS' MOTION PURSUANT TO 11 U.S.C. §365(D)(4) EXTENDING
THE TIME TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY [DKT 143]

Owen M Sonik
Perdue Brandon Fielder Collins & Mott
1235 North Loop West, Ste 600
Houston, TX  77008
houbank@pbfcm.com

Ronald M Tucker
Simon Property Group, Inc.
225 West Washington St.
Indianapolis, IN  46204
rtucker@simon.com

Rachel R Obaldo
Texas Attorney General
Bankruptcy & Collections Division
PO Box 12548
Austin, TX78711-2548
Rachel.obaldo@texasattorneygeneral.gov

Fred B Ringel
Robinson Brog Leinwand Green Et Al.
875 Third Avenue, 9th floor
New York, NY  10022
fbr@robinsonbtog.com

Andrew S Conway
Taubman Landlords
200 East Long Lake Road, Ste 300
Bloomfield Hills, MI  48304
aconway@taubman.com