Presentment Date: June 28, 2016 at 12:00 p.m. (Eastern Time)
Objection Deadline: June 27, 2016 at 4:00 p.m. (Eastern Time)
Hearing Date and Time (Only if Objection Filed): July 13, 2016 at 11:00 a.m. (Eastern Time)

Robert J. Feinstein
Jeffrey N. Pomerantz (*admitted pro hac vice*)
Bradford J. Sandler
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Proposed Counsel to the Official Committee
of Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
: 
In re : Chapter 11
: 
AÉROPOSTALE, INC., *et al.*,[1] : Case No. 16-11275 (SHL)
: 
Debtors. : (Jointly Administered)
-----------------------------------------------------------------x

## NOTICE OF PRESENTMENT OF MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER CLARIFYING THE REQUIREMENTS TO PROVIDE ACCESS TO CONFIDENTIAL OR PRIVILEGED INFORMATION

**PLEASE TAKE NOTICE** that upon the *Motion of the Official Committee of Unsecured Creditors for an Order Clarifying the Requirements to Provide Access to Confidential or Privileged Information* (the "Motion"), which Motion includes the reasons underlying the relief requested, the Official Committee of Unsecured Creditors of Aéropostale, Inc., *et al.* will present to the Honorable Sean H. Lane, United States Bankruptcy Judge, for signature, on **June 28, 2016 at 12:00 p.m. (Eastern Time)**, the proposed *Order Clarifying the*

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: Aéropostale, Inc. (3880); Aéropostale West, Inc. (7013); Jimmy'Z Surf Co., LLC (0461); Aero GC Management LLC (4257); Aeropostale Procurement Company, Inc. (8518); Aeropostale Licensing, Inc. (8124); P.S. from Aeropostale, Inc. (5900); GoJane LLC (4923); Aeropostale Canada Corp. (N/A); Aeropostale Holdings, Inc. (7729); and Aeropostale Puerto Rico, Inc. (6477). The Debtors' corporate headquarters is located at 112 West 34th Street, 22nd Floor, New York, NY 10120.

*Requirements to Provide Access to Confidential or Privileged Information* attached to the Motion as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections ("Objections") to the Motion shall be in writing, shall conform to the Bankruptcy Rules and the Local Rules, shall be filed with the Bankruptcy Court (a) by attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov), and (b) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and shall be served in accordance with General Order M-399 and the *Order Pursuant to 11 U.S.C. §§ 105(a) and (d) and Fed. R. Bankr. P. 1015(c), 2002(m), and 9007 Implementing Certain Notice and Case Management Procedures*, dated June 3, 2016 [ECF No. 255], so as to be so filed and received no later than **June 27, 2016 at 4:00 p.m. (Prevailing Eastern Time)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that, if a written Objection is timely filed and served, a hearing (the "Hearing") will be held to consider the Motion on **July 13, 2016 at 11:00 a.m. (Eastern Time)** before the Honorable Sean H. Lane in the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that if an Objection to the Motion is not received by the Objection Deadline, the Bankruptcy Court may enter an order granting the relief sought without further notice.

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing and failure to appear may result in relief being granted or denied upon default.

Dated: June 16, 2016

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Robert J. Feinstein*
Robert J. Feinstein
Jeffrey N. Pomerantz *(admitted pro hac vice)*
Bradford J. Sandler
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email:    rfeinstein@pszjlaw.com
         jpomerantz@pszjlaw.com
         bsandler@pszjlaw.com

*Proposed Counsel to the*
*Official Committee of Unsecured Creditors*