```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____
                                    :
In re:                              : Chapter 11
                                    :
Aeropostale, Inc., et al.,          : Case No. 16-11275 (SHL)
                                    :
            Debtor(s)               :
_____:
```

**CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER**

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT, DATED 6/17/2016, DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.