WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail

*Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
: 
In re                                    :          Chapter 11
:
**AÉROPOSTALE, INC.,** *et al.*,         :          Case No. 16-11275 (SHL)
:
Debtors[1]                               :          Jointly Administered
:
------------------------------------------------------x

**NOTICE OF AMENDED AGENDA OF MATTERS SCHEDULED
FOR THE HEARING ON JULY 25, 2016 AT 2:00 P.M.**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, before the Honorable Sean H. Lane, United States Bankruptcy Court, One Bowling Green, New York, New York, 10004-1408, Courtroom 701

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: Aéropostale, Inc. (3880); Aéropostale West, Inc. (7013); Jimmy'Z Surf Co., LLC (0461); Aero GC Management LLC (4257); Aeropostale Procurement Company, Inc. (8518); Aeropostale Licensing, Inc. (8124); P.S. from Aeropostale, Inc. (5900); GoJane LLC (4923); Aeropostale Canada Corp. (N/A); Aeropostale Holdings, Inc. (7729); and Aeropostale Puerto Rico, Inc. (6477). The Debtors' corporate headquarters is located at 112 West 34th Street, 22nd Floor, New York, NY 10120.

I.  **UNCONTESTED MATTERS**

1. Notice of Presentment of Stipulation and Order Approving Rejection of Real Property Lease [**ECF No. 404**]

   Response Deadline:    July 14, 2016 at 4:00 p.m.

   Responses Received:

       A.    Limited Objection to Presentment of Stipulation and Order Approving Rejection of Real Property Lease [**ECF No. 431**]

   Related Documents:    None

   Status:  The objection has been resolved, and this matter is going forward on an uncontested basis.

2. Motion of Debtors Pursuant to 11 U.S.C. §§ 503(c) and 363(b)(1) for Entry of an Order Approving the Debtors' (I) Key Employee Incentive Plan and (II) Key Employee Retention Plan [**ECF No. 361**]

   Response Deadline:    July 1, 2016 at 4:00 p.m.

   Responses Received:

       A.    Objection of the United States Trustee [**ECF No. 398**]

       B.    Preliminary Objection of Aero Investors LLC and MGF Sourcing Holdings, Limited  [**ECF No. 400**]

   Related Documents:    None

   Status:  All objections with respect to the Key Employee Retention Plan have been resolved.  This motion is going forward with respect to the Key Employee Retention Plan and is adjourned to a date to be determined with respect to the Key Employee Incentive Plan.

3. Motion of Aero Investors LLC and MGF Sourcing Holdings, Limited for Entry of an Order to (I) File Documents Under Seal and (II) Redact Commercially Sensitive Nonpublic Information [**Docket No. 399**]

   Response Deadline:

   Responses Received:  None

   Related Documents:

       A.    Preliminary Objection of Aero Investors LLC and MGF Sourcing Holdings, Limited to Motion of Debtors Pursuant to 11 U.S.C.

16-11275-shl    Doc 490    Filed 07/22/16    Entered 07/22/16 17:42:13    Main Document
Pg 3 of 5

    §§ 503(c) and 363(b)(1) for Entry of an Order Approving the Debtors' (I) Key Employee Incentive Plan and (II) Key Employee Retention Plan [**ECF No. 400**]

  Status:  This matter is going forward.

4. Motion to Seal Motion of the Term Loan Lenders and MGF For Entry of an Order to (I) File Documents Under Seal and (II) Redact Commercially Sensitive Nonpublic Information [**Docket No. 474**]

  Response Deadline:

  Responses Received:  None

  Related Documents:

   A. Debtors' Motion for an Order (I) Approving Disclosure Statement [**ECF No. 438**]

  Status:  This matter is going forward.

**II.** **CONTESTED MATTER**

5. Debtors' Motion for an Order (I) Approving Disclosure Statement; (II) Approving Notice of Disclosure Statement Hearing; (III) Shortening Notice for Disclosure Statement Objection Deadline, Disclosure Statement Hearing and Plan Objection Deadline; (IV) Establishing a Record Date; (V) Establishing Notice and Objection Procedures for Confirmation of the Plan; (VI) Approving Solicitation Packages and Procedures for Distribution Thereof; (VII) Approving the Form of Ballot and Establishing Procedures for Voting on the Plan; (VIII) Approving the Form of Notice to Non-Voting Classes Under the Plan; (IX) Approving Sale and Bidding Procedures for Sale of Substantially All of Debtors' Assets Pursuant to the Plan; (X) Approving Procedures for Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (XI) Approving Related Notices; and (XII) Granting Related Relief [**ECF No. 438**]

  Response Deadline: July 22, 2016 at 12:00 p.m.

  Responses Received:

   A. Limited Objection of LIT-Northend, LLC [**ECF No. 457**]

   B. Objection of WP Glimcher Inc. **[ECF No. 459]**

   C. Limited Objection of Landlords Cambridgeside Galleria Associates Trust and New Westgate Mall LLC **[ECF No. 462]**

   D. Limited Objection of Westfield, LLC **[ECF No. 465]**

3

E.  Objection of Vintage Real Estate LLC, Kravco Company, Centennial Real Estate Co., Broadway Mall Owner, Cencor Realty Services, Inc., CenterCal Properties, LLC, Foursquare Properties, Inc., G&I VI Promenade, LLC, GEM Realty Capital, GS Pacific ER LLC, KRE Colonie Owner, LLC, Metropolis Lifestyle Center, LLC, PGIM Real Estate, ST Mall Owner LLC, Saucon Valley Lifestyle Center, L.P., Shops at Sunset Owner, LLC, Starwood Retail Partners LLC, The Macerich Company, UBS Realty Investors LLC, YTC Mall Owner, LLC **[ECF No. 466]**

F.  Reservation of Rights of Crystal Financial LLC **[ECF No. 468]**

G.  Limited Objection of DDR Corp., GGP Limited Partnership, Gregory Greenfield & Associates, Ltd., Jones Lang LaSalle, Rouse Properties, Inc. and Turnberry Associates **[ECF No. 470]**

H.  Objection of Bloomfield Holdings, LLC Gran Plaza, LP, Inland Commercial Real Estate Services, LLC **[ECF No. 471]**

I.  Objection of CAPREF Brookwood Village LLC, CAPREF Burbank LLC, CAPREF Lloyd II LLC **[ECF No. 473]**

J.  Limited Objection of Simon Property Group, LLP **[ECF No. 475]**

K.  Objection of Louisiana Department of Revenue **[ECF No. 476]**

L.  Objection of AERO Investors **[ECF No. 477]**

M.  Objection of Covington Gateway Acquisition, LLC, UrbanCal Oakland Mall, LLC **[ECF No. 482]**

N.  Objection of Excel Odessa LLC and BRE RC Las Palmas TX, LP **[ECF No. 483]**

O.  Reservation of Rights of the Official Committee of Unsecured Creditors **[ECF No. 485]**

P.  Objection of Cord Meyer Development LLC **[ECF No. 486]**

4

<u>Related Documents</u>:

Q. Joint Plan of Reorganization of Aéropostale, Inc. and its Affiliated Debtors [**ECF No. 436**]

R. Proposed Disclosure Statement for Joint Plan of Reorganization of Aéropostale, Inc. and its Affiliated Debtors [**ECF No. 437**]

<u>Status</u>: This matter is going forward.

Dated: July 22, 2016
      New York, New York

/s/ Jacqueline Marcus
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail

*Attorneys for Debtors
and Debtors in Possession*