**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| AEROPOSTALE, INC. | : | Case No. 16-11275 (shl) |
|  | : |  |
|  | : |  |
| Debtor(s) | : |  |
|  | : |  |

## CONFIDENTIAL - COURT FILING

THE MEMORANDUM OF DECISION ENTERED ON AUGUST 26, 2016, REGARDING DEBTORS MOTION FOR AN ORDER (I) PURSUANT TO 11 U.S.C. § 363(K) DISQUALIFYING SYCAMORE PARTNERS AND ITS AFFILIATES FROM CREDIT BIDDING; (2) PURSUANT TO 11 U.S.C. § 510(C) EQUITABLY SUBORDINATING CLAIMS; AND (3) PURSUANT TO 11 U.S.C. § 105 RECHARACTERIZING CLAIM [ECF NO. 496]

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO ORDERS OF THE BANKRUPTCY COURT, DATED AUGUST 26, 2016, DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.  (*SEE ECF NOS. 718, 719, 720, 721, AND 722*)